AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN District of NEW YORK

James L. Alexander

V.

Thomas J. Cahill

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 5:07-cv-117

TO: (Name and address of Defendant)

Thomas Cahill
Chief Counsel
First Judicial Department Departmental Disciplinary Committee
61 Broadway, 2nd Floor
New York, New York 10006

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Scott L. Nelson
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009

an answer to the complaint which is served on you with this summons, within _____twenty (20)_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Lawrence K. Baerman
Clerk of Court



2/1/2007
DATE

April L. Hudson
(By) DEPUTY CLERK