✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

___NORTHERN___ District of ___NEW YORK___

James L. Alexander

V.

Thomas J. Cahill

### SUMMONS IN A CIVIL ACTION

CASE NUMBER:    5:07-cv-117 (FJS/GHL)

TO: (Name and address of Defendant)

> Mark S. Ochs
> Chief Attorney
> Third Judicial Department Committee on Professional Standards
> c/o Attorney General Andrew Cuomo
> The Capitol
> Albany, NY  12224-0341

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> Scott L. Nelson
> Public Citizen Litigation Group
> 1600 20th Street NW
> Washington, DC 20009

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



_Clerk of Court_

2/1/2007
DATE

April L. Hudson

(By) DEPUTY CLERK