AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN District of NEW YORK

James L. Alexander

V.

Thomas J. Cahill

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 5:07-cv-117 (FJS/GHL)

TO: (Name and address of Defendant)

Anthony J. Gigliotti
Chief Counsel
Fifth Judicial District Grievance Committee
224 Harrison Street, Suite 408
Syracuse, New York 13202-3066

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Scott L. Nelson
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Clerk of Court



2/1/2007
DATE

April L. Hudson

(By) DEPUTY CLERK