AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN District of NEW YORK

James L. Alexander

V.

Thomas J. Cahill

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 5:07-cv-117 (FJS/GHL)

TO: (Name and address of Defendant)

Vincent L. Scarsella
Chief Counsel
Eighth Judicial District Grievance Committee
c/o Attorney General Andrew Cuomo
The Capitol
Albany, NY  12224-0341

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Scott L. Nelson
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009

an answer to the complaint which is served on you with this summons, within  twenty (20)  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*(signature)* Clerk of Court



2/1/2007
DATE

April L. Hudson
(By) DEPUTY CLERK