UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES L. ALEXANDER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THOMAS J. CAHILL, et al., <br><br> Defendants. <br> _____ | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 5:07-cv-00117-FJS-GHL <br> ) <br> ) <br> ) <br> ) <br> ) |

### NOTICE OF MOTION AND MOTION FOR ADMISSION PRO HAC VICE OF GREGORY A. BECK

PLEASE TAKE NOTICE that pursuant to Local Rule 83.1 of the Local Rules of the United States District Court for the Northern District of New York, Scott L. Nelson, counsel for plaintiffs, will move this Court at the Courthouse located at 100 Clinton Street, Syracuse, NY 13202 before Magistrate Judge George H. Lowe at 10:00 a.m. on March 15, 2007, for an order granting permission for Gregory A. Beck to appear pro hac vice on behalf of the plaintiffs in this action.

As grounds for this Motion, and as set forth in the accompanying Verified Petition for Admission, Affidavit of Sponsor, Certificate of Good Standing, and E-Filing Registration Form, the undersigned states as follows:

1.    This is a non-dispositive motion.  Pursuant to Local Rule 7.1(b)(2) a conference was held between counsel for the plaintiffs and counsel for the defendant on February 12, 2007, at which counsel for the defendant stated that the defendant takes no position on the granting of this Motion.

2.    Gregory A. Beck is an attorney with Public Citizen Litigation Group, with offices at:

      1600 20th Street, NW
      Washington, DC  20009
      (202) 588-7713 (telephone)
      (202) 588-7795 (facsimile)

3. Mr. Beck is a graduate of University of Illinois College of Law and is a member in good standing of the Bars of the District of Columbia and Illinois.  Mr. Beck's D.C. Bar License number is 494479.

4. Mr. Beck has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court and has not been charged, arrested, or convicted of any criminal offense.

5. Mr. Beck has read the Local Rules of the Northern District of New York and will comply with the standards of practice set out therein.

6. I am a member in good standing of the Bar of the Northern District of New York and will act as co-counsel with Mr. Beck in the above-captioned case.

7. Mr. Beck will pay to the clerk the thirty dollar ($30.00) attorney pro hac vice fee required by Local Rule 83.1(d).

          Respectfully submitted,

           /s/ Scott L. Nelson
          Scott L. Nelson
          N.D.N.Y. Bar Roll No. 513515
          Public Citizen Litigation Group
          1600 20th Street, N.W.
          Washington, DC  20009
          (202) 588-1000
          (202) 588-7795 (fax)

Dated: February 12, 2007       Attorney for Plaintiffs