## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION : <br> : <br> OF : <br> : <br> : <br> : <br> Gregory A. Beck | VERIFIED PETITION FOR ADMISSION TO PRACTICE |

**FOR ADMISSION TO PRACTICE BEFORE THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK**

_Gregory A. Beck_, being sworn, deposes and says:

1. That I reside at _1215 East West Hwy #916, Silver Spring, Maryland_ and my office address is _1600 20th Street NW, Washington, DC_.

2. That I was admitted to practice in the courts of the _District of Columbia_ on _November 22_, _2004_, by the _District of Columbia Court of Appeals_
   MONTH, DAY         YEAR

3. That I graduated from _University of Illinois_ Law School on _May 15_, _2004_, after having completed the required courses of study.
   MONTH, DAY         YEAR

4. That I have never been held in contempt of court, censured, suspended or disbarred by any court.

5. That I have read, and am familiar with: The Judicial Code (Title 28 U.S.C.); the Federal Rules of Civil Procedure and the Federal Rules of Evidence for the District Courts; the Federal Rules of Criminal Procedure for the District Courts; the Local Rules and general Orders for the Northern District of New York; and the N.Y.S. Lawyer's Code of Professional Responsibility and will faithfully adhere thereto.

WHEREFORE it is respectfully requested that this court order that petitioner, __Gregory A. Beck__, be admitted to practice before the Bar of this Court.

*[signature: Greg Beck]*
Petitioner

Dated: Feb. 9, 2007

Deidra Doreen Bolden
Notary Public, District of Columbia
My Commission Expires 6/14/09

∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧

District of Columbia, City of Washington

__Gregory A. Beck__, being duly sworn, deposes and says that (s)he is the Petitioner in the above entitled proceeding, that (s)he has read the foregoing Petition and that it is true to his/her own knowledge.

Subscribed and sworn to before me

this __9th__ day of __February__, __2007__.

__[signature]__                    __Deidra Doreen Bolden__
Signature - Notary Public          Printed Name - Notary Public

My Commission expires on __6/14/09__

∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧

*Please complete the attached Sponsor Affidavit and the attached Attorney E-Filing Registration form. You may contact the clerk's office or select a date from the attached judges' monthly motion schedule for your admission to the bar.**

**Attorney E- Filing Registration Form:** This will enable the clerk's office to assign you a bar roll number and password for access to our Electronic Case Filing System (ECF). Your bar roll number and password will allow you to electronically file documents, view and retrieve electronic docket sheets and documents and receive electronically court orders and notices for any action which you appear as attorney of record. You will also receive future mailings regarding new rules and other general court announcements via e-mail. **If your address should change, you must complete a new attorney e-filing registration form and promptly (within ten (10) days) of such change submit it to the Clerk.** (See Local Rule 83.1 (e))

Form Date: 10/10/03w:\attyadm\admpapers.wpd\esqreg.wpd