UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

*******************************************************************

PETITION OF __Gregory A. Beck__                              : AFFIDAVIT OF
                                                             : SPONSOR
For Admission to the United States District Court            :
for the Northern District of New York.                       :
                                                             :

*******************************************************************

__Washington, District of Columbia__

__Scott L. Nelson__, being duly sworn deposes and says:

1. That I am an attorney associated with the law firm of __Public Citizen Litigation Group__, and am a member in good standing with the United States District Court for the Northern District of New York. My NDNY Bar Roll Number is: __513515__.

2. I make this affidavit in support of the admission of __Gregory A. Beck__.

3. I have known __Mr. Beck__ since __2003__, _____, and find him/her to be of high moral character and suitable for admission to the United States District Court for the Northern District of New York.

_____
(Sponsor)

---

Subscribed and Sworn to before me
this __12th__ day of __February__, __2007__.
My Commission expires on __4/14/09__

_____      __Deidra Doreen Bolden__
Signature - Notary Public       Printed Name - Notary Public

Form Date:10/10/03

Deidra Doreen Bolden
Notary Public, District of Columbia
My Commission Expires 4/14/09