UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

NEW ATTORNEY E-FILING REGISTRATION FORM
PLEASE TYPE

This form is used for creating new accounts (**Newly Admitted Attorneys Only**) on the Court's Electronic Case Filing System(ECF).

First Name: __Gregory__   Middle Name: __Andrew__

Last Name: __Beck__   If appropriate, check one: Sr. ☐  Jr. ☐  II ☐  III ☐

Firm Name: __Public Citizen Litigation Group__

Firm Address: __1600 20th Street NW__

City: __Washington__   State: __DC__   Zip Code __20009__

Firm Phone Number: __(202) 588-1000__   Direct Dial Number: __(202) 588-7713__

Fax Number: __(202) 588-7795__   Internet E-Mail Address: __gbeck@citizen.org__

The following information must be completed by attorneys applying for admission and submitted with your petition:

TYPE OF ADMISSION APPLIED FOR: ☐ PERMANENT   ☒ PRO-HAC VICE - Case Number Required: __07-00117__

By submitting this printed and signed form, I hereby agree to abide by all Court rules, orders, policies and procedures governing the use of the electronic filing system (CM/ECF). I also consent to service by electronic means in the circumstances permitted under those rules, orders, policies and procedures. I understand that the combination of user i.d. (Bar Roll #) and password will serve as my signature for filing documents pursuant to Rule 11 of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure and the Local Rules of this court. I agree to protect the security of my password and immediately notify the Clerk of Court if I suspect my password has been compromised. Also, as a participating attorney, I will promptly notify the Clerk of Court if there is a change in my personal data, such as name, e-mail address, firm address, telephone number, etc.

Attorney Signature: _/s/ Greg Beck_   
Date: __Feb. 12, 2007__

| COURT USE ONLY | | |
|---|---|---|
| Assigned Bar Roll # | | |
| Receipt # | | |
| Date of Admission: | / | / |
| Revised: | / / | By: |

5/2006