AO 153 (Rev. 6/96)

| Name: LAST, | FIRST | MI |
|---|---|---|
| Beck, | Gregory | A. |

**OATH ON ADMISSION**

I, __Gregory A. Beck__, DO SOLEMNLY SWEAR (OR AFFIRM) THAT AS AN ATTORNEY AND AS A COUNSELOR OF THIS COURT I WILL CONDUCT MYSELF UPRIGHTLY AND ACCORDING TO LAW, AND THAT I WILL SUPPORT THE CONSTITUTION OF THE UNITED STATES.

| DATE: 2/12/07 | SIGNATURE: /s/ Gregory Beck | BAR I.D. NO. DC Bar # 494479 |
|---|---|---|

| FIRM NAME | TEL. NO. |
|---|---|
| Public Citizen Litigation Group | |
| FIRM ADDRESS 1600 20th Street NW | (202) 588-7713 |

| CITY | STATE | ZIP CODE |
|---|---|---|
| Washington | DC | 20009 |

**BELOW FOR OFFICE USE ONLY**

| SWORN AND SUBSCRIBED BEFORE ME, | DATE |
|---|---|
| | |

ADMITTED ON MOTION OF: (Movant)