UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JAMES L. ALEXANDER, et al.,                )
                                           )
        Plaintiffs,                        )
                                           )
v.                                         )   Civil Action No. 5:07-cv-00117-FJS-GHL
                                           )
THOMAS J. CAHILL, et al.,                  )
                                           )
        Defendants.                        )
_____    )

## **ORDER**

Upon fulfilling the requirements set forth in Local Rule 83.1 of the Northern District of

New York, Brian Wolfman is hereby accepted for Pro Hac Vice Admission to practice in the

United States District Court for the Northern District of New York for the above-captioned case.


IT IS SO ORDERED

Dated:


                                    _____
                                    George H. Lowe
                                    United States Magistrate Judge

Dockets.Justia.com