UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

IN THE MATTER OF THE APPLICATION :      VERIFIED PETITION FOR
                                 :      ADMISSION TO PRACTICE
            OF                   :
                                 :
                                 :
                                 :
 Brian Wolfman

## FOR ADMISSION TO PRACTICE BEFORE THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK

Brian Wolfman, being sworn, deposes and says:

1. That I reside at 100 Grant Avenue, Takoma Park, Maryland and my office address is 1600 20th Street NW, Washington, DC.

2. That I was admitted to practice in the courts of the District of Columbia on February 27, 1991, by the District of Columbia Court of Appeals.
MONTH, DAY    YEAR

3. That I graduated from Harvard Law School on June 4, 1984, after having completed the required courses of study.
MONTH, DAY    YEAR

4. That I have never been held in contempt of court, censured, suspended or disbarred by any court.

5. That I have read, and am familiar with: The Judicial Code (Title 28 U.S.C.); the Federal Rules of Civil Procedure and the Federal Rules of Evidence for the District Courts; the Federal Rules of Criminal Procedure for the District Courts; the Local Rules and general Orders for the Northern District of New York; and the N.Y.S. Lawyer's Code of Professional Responsibility and will faithfully adhere thereto.

WHEREFORE it is respectfully requested that this court order that petitioner, __Brian Wolfman__, be admitted to practice before the Bar of this Court.

_____
Petitioner

Dated: __2/9/07__

∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧

District of Columbia, City of Washington

__Brian Wolfman__, being duly sworn, deposes and says that (s)he is the Petitioner in the above entitled proceeding, that (s)he has read the foregoing Petition and that it is true to his/her own knowledge.

Subscribed and sworn to before me

Deidra Doreen Bolden
Notary Public, District of Columbia
My Commission Expires __6/14/09__

this __9th__ day of __February__, __2007__.

_____        _____
Signature - Notary Public              Printed Name - Notary Public

My Commission expires on __6/14/09__

∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧

*Please complete the attached Sponsor Affidavit and the attached Attorney E-Filing Registration form. You may contact the clerk's office or select a date from the attached judges' monthly motion schedule for your admission to the bar.

   **Attorney E- Filing Registration Form:**   This will enable the clerk's office to assign you a bar roll number and password for access to our Electronic Case Filing System (ECF). Your bar roll number and password will allow you to electronically file documents, view and retrieve electronic docket sheets and documents and receive electronically court orders and notices for any action which you appear as attorney of record. You will also receive future mailings regarding new rules and other general court announcements via e-mail. **If your address should change, you must complete a new attorney e-filing registration form and promptly (within ten (10) days) of such change submit it to the Clerk.** (See Local Rule 83.1 (e))

Form Date: 10/10/03w:\attyadm\admpapers.wpd\esqreg.wpd