UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PETITION OF __Brian Wolfman__　　　　　：　**AFFIDAVIT OF**
　　　　　　　　　　　　　　　　　　　　：　**SPONSOR**
For Admission to the United States District Court　：
for the Northern District of New York.　　　　　：
　　　　　　　　　　　　　　　　　　　　：

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Washington, District of Columbia

__Scott L. Nelson__, being duly sworn deposes and says:

1. That I am an attorney associated with the law firm of __Public Citizen Litigation Group__, and am a member in good standing with the United States District Court for the Northern District of New York. My NDNY Bar Roll Number is: __513515__.

2. I make this affidavit in support of the admission of __Brian Wolfman__.

3. I have known __Mr. Wolfman__ since __1981__, _____, and find him/her to be of high moral character and suitable for admission to the United States District Court for the Northern District of New York.

_____
(Sponsor)

---

Subscribed and Sworn to before me
this __12th__ day of __February__, __2007__.
My Commission expires on __6/14/09__

_____　　　_____
Signature - Notary Public　　　　　Printed Name - Notary Public

Form Date:10/10/03 w:\atty\admi\admpapers.wpd\esqreq.wpd

Deidra Doreen Bolden
Notary Public, District of Columbia
My Commission Expires 6/14/09