AO 153 (Rev. 6/96)

| Name: | LAST, | FIRST | MI |
|---|---|---|---|
| | Wolfman, | Brian | S. |

### OATH ON ADMISSION

I, __Brian Wolfman__, DO SOLEMNLY SWEAR (OR AFFIRM) THAT AS AN ATTORNEY AND AS A COUNSELOR OF THIS COURT I WILL CONDUCT MYSELF UPRIGHTLY AND ACCORDING TO LAW, AND THAT I WILL SUPPORT THE CONSTITUTION OF THE UNITED STATES.

| DATE: | SIGNATURE: | BAR I.D. NO. |
|---|---|---|
| 2/12/07 | *Brian Wolfman* | DC Bar # 427491 |

| FIRM NAME | TEL. NO. |
|---|---|
| Public Citizen Litigation Group | |
| FIRM ADDRESS | |
| 1600 20th Street NW | (202) 588-7730 |
| CITY | STATE | ZIP CODE |
| Washington | DC | 20009 |

### BELOW FOR OFFICE USE ONLY

| SWORN AND SUBSCRIBED BEFORE ME, | DATE |
|---|---|
| | |

ADMITTED ON MOTION OF: (Movant)