UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES L. ALEXANDER, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THOMAS J. CAHILL, et al., )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 5:07-cv-00117-FJS-GHL |

## **NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**

PLEASE TAKE NOTICE that Plaintiffs will move this Court at the Courthouse located at 445 Broadway, Albany, NY 12207 before Judge Frederick J. Scullin, Jr. at 10:00 a.m. on March 23, 2007, for an order granting a preliminary injunction against enforcement of §§ 1200.6(c)(1), (3), (5), (7), (g)(1), 1200.7(e), 1200.8(g), 1200.41-a, and the first clause of § 1200.6(c)(3) of the amendments to the Disciplinary Rules of the Code of Professional Responsibility that became effective on February 1, 2007, and against enforcement of §§ 1200.6, 1200.7, and 1200.41-a of the rules as applied to communications where the lawyer's primary purpose is not pecuniary gain. The grounds for this motion are set forth in the accompanying memorandum and affidavits.

This is a non-dispositive motion. Pursuant to Local Rule 7.1(b)(2) a conference was held between counsel for the plaintiffs and counsel for the defendants on February 14, 2007, at which counsel for the defendants stated that the defendants do not consent to this motion.

        Respectfully submitted,

          /s Scott L. Nelson
        Scott L. Nelson
        N.D.N.Y. Bar Roll No. 513515
        Gregory A. Beck
        DC Bar No. 494479, *pro hac vice* pending
        Brian Wolfman
        DC Bar No. 427491, *pro hac vice* pending
        Public Citizen Litigation Group
        1600 20th St., NW
        Washington, DC 20009
        Phone: (202) 588-1000
        Fax: (202) 588-7795
        Email:  snelson@citizen.org
                gbeck@citizen.org
                brian@citizen.org

        *Counsel for Plaintiffs*

Dated:  February 14, 2007