UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES L. ALEXANDER, et al., | ) |
|     Plaintiffs, | ) ) ) Civil Action No. 5:07-cv-00117-FJS-GHL |
| v. | ) ) |
| THOMAS J. CAHILL, et al., | ) ) |
|     Defendants. | ) ) |

**NOTICE OF FILING**

Plaintiffs hereby give notice that they are filing with the Clerk a DVD containing true and accurate copies of a selection of television advertisements by Alexander & Catalano as Exhibit 1 to this Affidavit. A copy of the DVD will be served on Defendants along with this Affidavit.

Respectfully submitted,

  /s/ Scott L. Nelson
Scott L. Nelson
N.D.N.Y. Bar Roll No. 513515
Gregory A. Beck
DC Bar No. 494479, *pro hac vice* pending
Brian Wolfman
DC Bar No. 427491, *pro hac vice* pending
Public Citizen Litigation Group
1600 20th St., NW
Washington, DC 20009
Phone: (202) 588-1000
Fax: (202) 588-7795
Email: snelson@citizen.org
      gbeck@citizen.org
      brian@citizen.org

*Counsel for Plaintiffs*

Dated: February 14, 2007