UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES L. ALEXANDER, et al., | ) |
| Plaintiffs, | ) Civil Action No. 5:07-cv-00117-FJS-GHL |
| v. | ) |
| THOMAS J. CAHILL, et al., | ) |
| Defendants. | ) |

### AFFIDAVIT OF PETER CATALANO

1. My name is Peter Catalano. I am a partner of the firm Alexander & Catalano LLC. My business address is 115 East Jefferson Street, Syracuse, New York.

2. On August 17, 2006, I attended a forum held by the Monroe County Bar Association on the topic of the proposed amendments to New York's disciplinary rules regarding attorney advertising. Presiding Justice Eugene F. Pigott was one of the speakers at the forum.

3. Attached as Exhibit 1 is a true and accurate transcript of Presiding Justice Pigott's comments at the forum.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

**DATED** February 12, 2007.

_____
Peter Catalano