UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES L. ALEXANDER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THOMAS J. CAHILL, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 5:07-cv-00117-FJS-GHL <br> ) <br> ) <br> ) <br> ) <br> ) |

## **RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Public Citizen, Inc. certifies that it has no parent corporation, and no publicly held corporation owns ten percent or more of its stock.

Respectfully submitted,

  /s Scott L. Nelson
Scott L. Nelson
N.D.N.Y. Bar Roll No. 513515
Gregory A. Beck
DC Bar No. 494479, *pro hac vice* pending
Brian Wolfman
DC Bar No. 427491, *pro hac vice* pending
Public Citizen Litigation Group
1600 20th St., NW
Washington, DC 20009
Phone: (202) 588-1000
Fax: (202) 588-7795
Email: snelson@citizen.org
           gbeck@citizen.org
           brian@citizen.org

*Counsel for Plaintiffs*

Dated:  February 14, 2007