**UNITED STATES COURT**
**NORTHERN DISTRICT OF NEW YORK**

JAMES L. ALEXANDER

                                      *Plaintiff (s)/Petitioner(s)*

        *against*                                           *Index No.5:07-CV-117 (FJS/GHL)*
                                                            *Date Filed:*

THOMAS J. CAHILL

                                *Defendant(s)/Respondent(s)*

**NEW YORK STATE, COUNTY OF ONONDAGA §** FREDERICK J. DAVID
The undersigned, being duly sworn, deposes and says; that deponent is not a party herein, is over 18 years of age and served a
SUMMONS AND COMPLAINT WITH CIVIL COVER SHEET, PRO HAC VICE MOTION OF GREG BECK, PRO HAC VICE
MOTION OF BRIAN WOLFMAN, ORDER in the above titled action or proceeding upon ATTORNEY'S GENERAL'S OFFICE
(herein called the recipient) at 615 ERIE BLVD. W., SYRACUSE, NY 13204 On the 15TH day of FEBRUARY 2007 at 11:04 A.M

☐ Individual      by delivering a true copy of each to said recipient personally. Deponent knew the person served to be the person
                        described as said person therein .

☒ Corporation    by delivering thereat a true copy of each to ROGER B. WILLIAMS personally. Deponent knew said corporation so
                        served to be the corporation described therein, and knew said individual to be ASSISTANT ATTORNEY
                        GENERAL thereof.

☐ Suitable Age   by delivering thereat a true copy of each to       a person of suitable age and discretion. Said premises is
                        defendant's/respondent's actual      within the State.

☐ Affixing       by affixing a true copy of each to the door of said premises, which is defendant's/respondent's actual
                             within the State. Deponent was unable with due diligence to find defendant/respondent or a person of
                        suitable age and discretion, thereat, having called there on

☐ Mailing        On   deponent enclosed a copy in a postpaid envelope properly addressed to defendant/respondent
                        at   and Deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal
                        Service within the State of New York. The envelope bore the legend " Personal & Confidential" and did not indicate
                        on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an
                        action against the defendant/respondent.

*A description of the defendant/respondent OR the person served on behalf of the defendant/respondent is as follows:*
Sex: MALE   Skin Color: WHITE   Hair Color: BALD   Approximate Age: 55   Approximate Height: 6'3"
Approximate Weight: 210   Other Identifying Features:

*I asked the person spoken to whether the defendant/respondent was in active military service of the United States of the State of New York and received a negative
reply. The person spoken with wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations
and observations defendant/respondent defendant/respondent narrated above. Upon information and belief, I aver that the recipient is not in military service of the
State of New York or the United States.*

Sworn to before me this 15th day of February 2007

                                                      FREDERICK J. DAVID

Notary Public

Mary M. Robertson
Notary Public, State of New York
Qualified in Onondaga County No. 01R05011159
My Commission Expires 4/12/07

D & M   **Litigation Services, Inc 201 South Main St North Syracuse NY 13212**