UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES L. ALEXANDER, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 5:07-cv-00117-FJS-GHL |
| THOMAS J. CAHILL, et al., | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I certify that on February 15, 2007, I caused to be mailed one copy each of Plaintiffs' Notice of Motion and Motion for Preliminary Injunction, Memorandum in Support of Plaintiffs' Motion for Preliminary Injunction, Affidavit of James L. Alexander, Affidavit of Peter Catalano, and Affidavit of Brian Wolfman by first-class U.S. Mail, postage prepaid, to the following:

Patrick F. MacRae
Assistant Attorney General
615 Erie Boulevard West
Syracuse, NY 13204-2465

_/s/ Gregory Beck_____
Gregory A. Beck

Dated: February 15, 2007