UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JAMES L. ALEXANDER; ALEXANDER &
CATALANO LLC; and PUBLIC CITIZEN, INC.,

      Plaintiffs,

v.

THOMAS J. CAHILL, in his official capacity as Chief
Counsel for the Departmental Disciplinary
Committee for the Appellate Division of the New
York Court of Appeals, First Department; DIANA
MAXFIELD KEARSE, in her official capacity as Chief
Counsel for the Grievance Committee for the Second
and Eleventh Judicial Districts; GARY L. CASELLA,
in his official capacity as Chief Counsel for the
Grievance Committee for the Ninth Judicial District;
RITA E. ADLER, in her official capacity as Chief
Counsel for the Grievance Committee for the Tenth
Judicial District; MARK S. OCHS in his official
capacity as Chief Attorney for the Committee on
Professional Standards for the Appellate Division of
the New York Court of Appeals, Third Department;
ANTHONY J. GIGLIOTTI, in his official capacity as
acting Chief Counsel for the Grievance Committee for
the Fifth Judicial District; DANIEL A. DRAKE, in his
official capacity as acting Chief Counsel for the
Grievance Committee for the Seventh Judicial
District; and VINCENT L. SCARSELLA, in his official
capacity as acting Chief Counsel for the Grievance
Committee for the Eighth Judicial District,

      Defendants.

**NOTICE OF APPEARANCE
AND REQUEST TO BE
HEARD**

5:07-cv-0117
(FJS)(GHL)

---

  PLEASE TAKE NOTICE, that the undersigned hereby enters an appearance as

counsel of record for the Defendants Thomas J. Cahill, Diana Maxfield Kearse, Gary L.

Casella, Rita E. Addler, Mark S. Ochs, Anthony J. Gigliotti, Daniel A. Drake and Vincent L. Scarsella.

PLEASE TAKE FURTHER NOTICE, that defendants are aware that plaintiffs have moved this Court for a preliminary injunction, and that said motion is presently pending before this Court with a return date of March 23, 2007.  Defendants respectfully request an opportunity to be heard on said motion.

Dated: Syracuse, New York
February 16, 2007

                          ANDREW M. CUOMO
                          Attorney General of the
                              State of New York
                          Attorney for Defendants Thomas J. Cahill,
                          Diana Maxfield Kearse, Gary L. Casella, Rita E.
                          Addler, Mark S. Ochs, Anthony J. Gigliotti,
                          Daniel A. Drake and Vincent L. Scarsella


                          _____
                          PATRICK F. MACRAE
                          Assistant Attorney General
                          of Counsel
                          Bar Roll No. 102091
                          615 Erie Boulevard West
                          Suite 102
                          Syracuse, New York  13204
                          Telephone No.:  (315) 448-4800
                          Email: Patrick.MacRae@oag.state.ny.us

TO:   Scott L. Nelson, Esq. (by electronic filing)
        Gregory A. Beck, Esq. (by electronic filing)
        Brian Wolfman, Esq. (by electronic filing)