UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES L. ALEXANDER, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 5:07-cv-00117-FJS-GHL |
| | ) |
| THOMAS J. CAHILL, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## CERTIFICATE OF SERVICE

I certify that on February 15, 2007, I caused to be mailed a copy of the Complaint and

Summons by certified U.S. Mail, return receipt requested, in an envelope bearing the legend

"URGENT LEGAL MAIL" in capital letters, to the following:


Thomas Cahill
Chief Counsel
First Judicial Department Departmental
Disciplinary Committee
61 Broadway, 2nd Floor
New York, New York 10006

Diana Maxfield Kearse
Chief Counsel
Second and Eleventh Judicial District
Grievance Committee
Renaissance Plaza
335 Adams Street, Suite 2400
Brooklyn, New York 11201-3745

Gary L. Casella
Chief Counsel
Ninth Judicial District Grievance Committee
399 Knollwood Road, Suite 200
White Plains, New York 10603

Mark S. Ochs
Chief Attorney
Third Judicial Department Committee on
Professional Standards
40 Steuben St.
Albany, New York 12207-2109

Anthony J. Gigliotti
Chief Counsel
Fifth Judicial District Grievance Committee
224 Harrison Street, Suite 408
Syracuse, New York 13202-3066

Daniel A. Drake
Chief Counsel
Seventh Judicial District Grievance Committee
50 East Ave., Suite 404
Rochester, New York 14604-2206

Dockets.Justia.com

Rita E. Adler
Chief Counsel
Tenth Judicial District Grievance Committee
150 Motor Parkway, Suite 102
Hauppauge, New York 11788

Vincent L. Scarsella
Chief Counsel
Eighth Judicial District Grievance Committee
438 Main St., Suite 800
Buffalo, NY  14202-3212

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

**DATED** February 15, 2007

_____
Gregory A. Beck