UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JAMES L. ALEXANDER, et al., )
)
    Plaintiffs, )
)
v. ) Civil Action No. 5:07-cv-00117-FJS-GHL
)
THOMAS J. CAHILL, et al., )
)
    Defendants. )
)

## ORDER

Upon fulfilling the requirements set forth in Local Rule 83.1 of the Northern District of New York, Brian Wolfman is hereby accepted for Pro Hac Vice Admission to practice in the United States District Court for the Northern District of New York for the above-captioned case.

IT IS SO ORDERED

Dated: 2/23/07

*[signature]*

George H. Lowe
United States Magistrate Judge