UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES L. ALEXANDER, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 5:07-cv-00117-FJS-GHL |
| THOMAS J. CAHILL, et al., | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Gregory A. Beck, admitted pro hac vice in this case, respectfully enters his appearance for plaintiffs James L. Alexander, Alexander & Catalano LLC, and Public Citizen, Inc.

Respectfully submitted,

/s Gregory A. Beck
Gregory A. Beck
N.D.N.Y. Bar Roll No. 514293 (pro hac vice)
Public Citizen Litigation Group
1600 20th St., NW
Washington, DC 20009
Phone: (202) 588-7713
Fax: (202) 588-7795
Email: gbeck@citizen.org

*Counsel for Plaintiffs*

Dated: March 6, 2007