UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JAMES L. ALEXANDER, et al., )
)
    Plaintiffs, )
)
v. )  Civil Action No. 5:07-cv-00117-FJS-GHL
)
THOMAS J. CAHILL, et al., )
)
    Defendants. )
_____ )

## **NOTICE OF APPEARANCE**

    Brian Wolfman, admitted pro hac vice in this case, respectfully enters his appearance for plaintiffs James L. Alexander, Alexander & Catalano LLC, and Public Citizen, Inc.

    Respectfully submitted,

    /s Brian Wolfman
    Brian Wolfman
    N.D.N.Y. Bar Roll No. 514292 (pro hac vice)
    Public Citizen Litigation Group
    1600 20th St., NW
    Washington, DC 20009
    Phone: (202) 588-7730
    Fax: (202) 588-7795
    Email: brian@citizen.org

    *Counsel for Plaintiffs*

Dated:  March 6, 2007