

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES
SYRACUSE REGIONAL OFFICE

March 9, 2007

Frederick J. Scullin, Jr.
Senior Judge
U.S. District Court
100 S. Clinton Street
P.O. Box 7367
Syracuse, NY 13261-7367

   Re:    Alexander, et al. v. Cahill, et al.
            5:07-cv-0117

Dear Judge Scullin,

Please accept this as Defendants request for an extension of time to serve and file a response to the Complaint in this matter to March 27, 2007. The extension is requested to conform with the date by which Defendants are required to respond to Plaintiffs motion for a preliminary injunction.

Plaintiffs' counsel has agreed to this extension.

Yours truly,

*s/Patrick F. MacRae*

Patrick F. MacRae, AAG

cc:    Scott L. Nelson, Esq. (by electronic filing)
        Greg Beck, Esq. (by electronic filing)
        Brian Wolfman, Esq. (by electronic filing)
        Public Citizen Litigation Group
        *Attorneys for Plaintiffs*
        1600 20th Street NW
        Washington, DC 20009

SO ORDERED

*[signature]*
FREDERICK J. SCULLIN, JR.
SENIOR U.S. DISTRICT JUDGE

3/12/07

615 Erie Blvd. West, Suite 102, Syracuse, N.Y. 13204 (315) 448-4800 Fax (315) 448-4853 • NOT FOR SERVICE OF PAPERS
http://www.oag.state.ny.us