

**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

ANDREW M. CUOMO
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES
SYRACUSE REGIONAL OFFICE

March 27, 2007

LAWRENCE K. BAERMAN
Clerk of the U.S. District Court
U.S. Courthouse & Federal Bldg.
P.O. Box 7367
100 South Clinton Street
Syracuse, NY 13261-7367

Re:   Alexander, et al. v. Cahill, et al.
      5:07-cv-0118 (FJS)(GHL)

Dear Mr. Baerman:

Presently pending before the Court is plaintiffs' motion for a preliminary injunction, scheduled for consideration by the Court on April 13, 2007. Your undersigned represents the defendants in this matter and will file electronically an opposition to the motion. Enclosed is a DVD to be filed by traditional means as Exhibit 1 to your undersigned's affidavit in opposition to plaintiffs' motion. Please provide this DVD to the Court.

Yours truly,

*s/Patrick F. MacRae*

Patrick F. MacRae

cc:   Gregory A. Beck, Esq.
      Public Citizen Litigation Group
      1600 20th Street, NW
      Washington, DC 20009