UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JAMES L. ALEXANDER; ALEXANDER & CATALANO LLC; and
PUBLIC CITIZEN, INC.,

                                    Plaintiffs,

                    v.                                                          5:07-CV-0118

                                                                                (FJS)(GHL)

THOMAS J. CAHILL, in his official capacity as Chief Counsel for the
Departmental Disciplinary Committee for the Appellate Division of the
New York Court of Appeals, First Department; DIANA MAXFIELD
KEARSE, in her official capacity as Chief Counsel for the Grievance
Committee for the Second and Eleventh Judicial Districts; GARY L.
CASELLA, in his official capacity as Chief Counsel for the Grievance
Committee for the Ninth Judicial District; RITA E. ADLER, in her
official capacity as Chief Counsel for the Grievance Committee for the
Tenth Judicial District; MARK S. OCHS in his official capacity as Chief
Attorney for the Committee on Professional Standards for the Appellate
Division of the New York Court of Appeals, Third Department;
ANTHONY J. GIGLIOTTI, in his official capacity as acting Chief
Counsel for the Grievance Committee for the Fifth Judicial District;
DANIEL A. DRAKE, in his official capacity as acting Chief Counsel for
the Grievance Committee for the Seventh Judicial District; and
VINCENT L. SCARSELLA, in his official capacity as acting Chief
Counsel for the Grievance Committee for the Eighth Judicial District,

---

                                                                  *Defendants*.

---

### NOTICE OF CROSS MOTION

        PLEASE TAKE NOTICE that Plaintiffs will move this court at the Courthouse thereof

located in Syracuse, New York, before Judge Frederick J. Scullin, Jr., as 10:00 a.m. on April 13,

2007, for an Order dismissing the Complaint pursuant to FRCP 56, or in the alternative, an Order

dismissing the Complaint on the basis of this Court's abstention from exercising jurisdiction over

the subject matter herein.  The grounds for this Motion are set forth in the accompanying

Memorandum of Law and Affirmation.

Dated: Syracuse, New York
         March 27, 2007

                                        ANDREW M. CUOMO
                                        Attorney General of the State of New York
                                        Attorney for Defendants Thomas J. Cahill,
                                        Diana Maxfield Kearse, Gary L. Casella, Rita E.
                                        Addler, Mark S. Ochs, Anthony J. Gigliotti,
                                        Daniel A. Drake and Vincent L. Scarsella

                                        *s/Patrick F. MacRae*
                                        _____
                                        PATRICK F. MACRAE
                                        Assistant Attorney General, of Counsel
                                        Bar Roll No. 102091
                                        615 Erie Boulevard West, Suite 102
                                        Syracuse, New York 13204
                                        Telephone: 315-448-4800
                                        Fax: 315-448-4851 (Not for service of papers)
                                        Email: Patrick.MacRae@oag.state.ny.us

TO:     Scott L. Nelson, Esq. (by electronic filing)
         Gregory A. Beck, Esq. (by electronic filing)
         Brian Wolfman, Esq. (by electronic filing)