Alexander et al v. Cahill et al — Doc. 20 Att. 3
Case 5:07-cv-00117-FJS-GHL   Document 20-4   Filed 03/27/2007   Page 1 of 2
Public Citizen | About Public Citizen                                  03/19/2007 02:31 PM




**PROTECTING HEALTH, SAFETY & DEMOCRACY**
*National Non-Profit Public Interest Organization*

Take Action | Publications | Press Room | About Public Citizen | Public Citizen Divisions | Home

JOIN US! |Take Action | Publications | Contact Us

## about public citizen

**Public Citizen is a national, nonprofit consumer advocacy organization founded in 1971 to represent consumer interests in Congress, the executive branch and the courts.**

**Currently**

:: Public Citizen's 2005 reports

**History/Background**

:: Public Citizen timeline

:: 35th Anniversary edition of Public Citizen News

**Membership/Getting Involved**

:: Membership information

:: Public Citizen's 990s / Annual Report

:: Careers and Internships

:: Contacting Public Citizen

:: Click here to see more than 30 years of success

In order to maintain our fierce independence, Public Citizen does not accept funds from

We fight for openness and democratic accountability in government, for the right of consumers to seek redress in the courts; for clean, safe and sustainable energy sources; for social and economic justice in trade policies; for strong health, safety and environmental protections; and for safe, effective and affordable prescription drugs and health care.

We have six divisions and one state office. To learn more about each of the divisions and our Texas office, click on the links below.

- Auto Safety
- Congress Watch
- Energy Program
- Global Trade Watch
- Health Research Group
- Texas State Office



corporations, professional associations or the government.



Sign up for our free activist updates.

Public Citizen's accomplishments since its founding more than 30 years ago include forcing the carcinogenic product Red Dye #2 off the market, securing the release of the Nixon White House tapes, helping to organize massive protests against the World Trade Organization and publishing the best-selling Worst Pills, Best Pills. Click here to view a detailed timeline of the organization's achievements.

| **Main** | **Capitol Hill** | **Texas State** |
|---|---|---|
| 1600 20th St. NW | 215 Pennsylvania Ave. SE | 1002 West Avenue |
| Washington, DC. 20009 | Washington, DC. | Austin, TX 78701 |
| (202) 588-1000 | 20003 | (512) 477-1155 |
|  | (202) 546-4996 |  |



» about

Because Public Citizen does not accept funds from corporations, professional associations or government agencies, we can remain independent and follow the truth wherever it may lead. But that means we depend on the generosity of concerned citizens like you for the resources to fight on behalf of the public interest. If you would like to help us in our fight, click here.

Join | Contact PC | Contribute | Site Map | Careers/Internships| Privacy Statement