CL&P Blog                                                                 03/20/2007 10:38 AM

SUBSCRIBE TO CL&P

 RSS/Atom Feed

To subscribe by email, enter your address:

_____

( Subscribe )

ABOUT US

www.clpblog.org

The contributors to this blog are a diverse group of lawyers and law professors who practice, teach, or write about consumer law and policy. Although the blog is hosted by Public Citizen's Consumer Justice Project, the views expressed here are solely those of the individual contributors and do not necessarily reflect those of the institutions with which they are affiliated. To view the blog's statement of policies, please click here.

COORDINATORS

Deepak Gupta
Public Citizen Litigation Group

Jeff Sovern
St. John's University School of Law

OTHER CONTRIBUTORS

Richard Alderman

## Tuesday, March 20, 2007

### Freezing of Exempt Funds

The Christian Science Monitor has an article here about the freezing of exempt funds in bank accounts, the problems the practice causes for consumers, and the resulting legal issues. (Disclosure: the article quotes my colleague, Professor Gina Calabrese).

Posted by Jeff Sovern on Tuesday, March 20, 2007 at 07:15 AM in Other Debt and Credit Issues | Permalink | Comments (0) | TrackBack (0)

## Monday, March 19, 2007

### Another Week, Another Ninth Circuit CAFA Ruling

Brian Wolfman

It appears that the Ninth Circuit has a rule requiring it to issue at least one decision about the Class Action Fairness Act every week. I recently blogged here and here on new Ninth Circuit CAFA decisions, the latter of which (*Progressive West v. Preciado*) addressed when a post-CAFA amendment to a pre-CAFA state-court complaint "relates back" to that complaint. In its most recent decision, *McAtee v. Capital One*, No. 07-55065 (9th Cir. Mar. 16, 2007), the Ninth Circuit expounded on *Preciado* and held that any amendment to an original class action complaint filed in California state court, whether to add new causes of action, to

SEARCH CL&P



( Search )

RECENT POSTS

Freezing of Exempt Funds

Another Week, Another Ninth Circuit CAFA Ruling

Retailers Demanding Thumbprints: A New Trend?

New Predatory Lending Legislation a Possibility

Comparative Consumer Insolvency Conference Schedule Released

The "Check Float" Is On Its Way Out

Nightline To Tackle Debt and Credit Issues Tonight

Wal-Mart Uses Digital Millennium Copyright Act Against Consumer Blog

Do Companies Ignore Consumer Complaints?

Identity Theft Incentives

"Maxed Out" Opens in Theaters Today

Another Ninth Circuit CAFA Decision

EU Considering Consumer Class Actions

Governmental Privileges for Private Corporations: What's the Stopping Point?

Dockets.Justia.com