Alexander et al v. Cahill et al | Doc. 20 Att. 6
Case 5:07-cv-00117-FJS-GHL   Document 20-7   Filed 03/27/2007   Page 1 of 2
Public Citizen | Membership 3 | 03/20/2007 09:38 AM




**Join Now!**

**Membership Levels**

:: **Become a Friend of Public Citizen**

:: **Become a Public Citizen Member**

:: **Become a Public Citizen Partner**

Renew Your Membership

Contribute Now

Learn about Planned Giving

Learn about Workplace Giving

**In order to maintain our fierce independence, Public Citizen does not accept corporate or government funds**

search

Entire Site
For Keyword(s)
[ Search ]
advanced search

email sign-up

**Why You Should Join the Friends of Public Citizen!**

The FRIENDS OF PUBLIC CITZEN are a group of Public Citizen's most dedicated members who pledge a monthly gift. All contributions to the Friends of Public Citizen program are allocated to Public Citizen Foundation and are tax-deductible in excess of your $20 Public Citizen membership.

Monthly contributions will allow us to be more effective because it allows us to budget based on a dependable, regular source of revenue.



As a Friend you'll get all of the great benefits of membership including:

- **Bimonthly newsletter,** *Public Citizen News*
- **Monthly guide,** *Health Letter*
- **Regular updates on our progress**

PLUS, the satisfaction of knowing that you're an important part of Public Citizen's fight again at the special interests that are working for control of our government.

And using a credit card or our NoCHEX automatic withdrawal from your bank account allows us to put up to $.95 of every dollar you contribute to work on issue that matter to you.

| |
|---|
| **Become a Friend of Public Citizen Today!** |

» join

Because Public Citizen does not accept funds from corporations, professional associations or government agencies, we can remain independent and follow the truth wherever it may lead. But that means we depend on the generosity of concerned citizens like you for the resources to fight on behalf of the public interest. If you would like to help us in our fight, click here.

Dockets.Justia.com

Sign up for our free activist updates.

[ Sign up now! ]

We do not share email addresses with third parties. For more details see our privacy policy.

Join | Contact PC | Contribute | Site Map | Careers/Internships | Privacy Statement