Alexander et al v. Cahill et al — Doc. 20 Att. 7
Case 5:07-cv-00117-FJS-GHL   Document 20-8   Filed 03/27/2007   Page 1 of 2
Public Citizen | Action Items                                  03/20/2007 09:39 AM



# PROTECTING HEALTH, SAFETY & DEMOCRACY
National Non-Profit Public Interest Organization

Take Action | Publications | Press Room | About Public Citizen | Public Citizen Divisions | Home

## Take Action
**Support Our Work!** Join or Donate Now -->

## PUBLIC CITIZEN, INC. MEMBERSHIP

Join Public Citizen, Inc. and participate in one of the most respected advocacy organizations in history. Sign up is fast, secure. Defend democracy, join now.

### Join Now!

**Membership Levels**

- Become a Friend of Public Citizen
- Become a Public Citizen Member
- Become a Public Citizen Partner

Renew Your Membership

Contribute Now

Learn About Planned Giving

Learn About Workplace Giving

**In order to maintain our fierce independence, Public Citizen does not accept corporate or government funds**

search

Entire Site
For Keyword(s)
[Search]
advanced search

First Name _____ *
Last Name _____ *
Email _____ *
Phone _____
Street _____ *
Street 2 _____
City _____ *
State/Region [Select One...] *
Zip/Postal Code _____ *
Comment: _____

**Type of contribution:**

○ Yes, I want to become a **new member** of Public Citizen, Inc. See member benefits below.
○ Yes, I would like to **renew my membership** to Public Citizen, Inc.
○ Yes, I want to make a **special contribution** to Public Citizen, Inc.

Is your gift tax-deductible? Contributions to Public Citizen, Inc., a non-profit membership organization that lobbies for strong citizen and consumer protection laws are not tax-deductible. If you would like to make a tax-deductible gift to Public Citizen Foundation, click here.

○ $20  ○ $35  ○ $50  ○ $100

○ Other: $ _____ (Do not enter '$')

○ VISA  ○ MASTERCARD
○ AMEX  ○ DISCOVER

credit card number _____   expires [Month] [Year]

cvv2: ____  *What's This?

**Public Citizen Membership Benefits**

**email sign-up**

**Keep up with Public Citizen through your E-mail!**

Sign up now!

We do not share email addresses with third parties. For more details see our privacy policy.

As a Public Citizen member, you'll enjoy many exclusive benefits With a contribution of $20 or more:

- One year of *Public Citizen News* to keep you up to date on our efforts on your behalf
- 20% discount off most Public Citizen books, reports and briefings
- Email updates on Public Citizen issues

With a contribution of $35 or more:

- You'll get all the great benefits mentioned above
- **PLUS, you'll receive** the *Health Letter*, to keep you informed about important medical issues. Edited by the renowned, Dr. Sidney Wolfe, the Health Letter is free with a membership contribution of $35 or more.

Submit

*Note: Only click this button once, otherwise your donation may be processed twice*

If your contribution has gone through, you'll be directed to a new page with a thank you and you'll be notified by e-mail, too.

If you prefer to mail your contribution to us please do the following:

1. Fill out this form
2. Print the form
3. Write a check payable to "Public Citizen, Inc" in $ US funds in the amount you specified above
4. Mail the check and the form to following address: Public Citizen, Inc
Attn. Member Services
1600 20th Street, NW
Washington, DC 20009


Join | Contact PC | Contribute | Site Map | Careers/Internships| Privacy Statement