

# PROTECTING HEALTH, SAFETY & DEMOCRACY
### National Non-Profit Public Interest Organization

Take Action   Publications   Press Room   About Public Citizen   Public Citizen Divisions   Home

## Take Action
### Support Our Work!
Join or Donate Now -->

## Become a Partner of Public Citizen

Giving at the Partner level means you are making a significant difference in the work Public Citizen is doing to eradicate the influence of well-financed special interests. When you donate at least $500 per year, you will receive:

- Six issues of Public Citizen News, to keep you up to date on our efforts on your behalf
- Updates via email and U.S. mail throughout the year on Public Citizen issues
- Twelve issues of the Health Letter, to keep you informed about important medical updates
- PLUS you'll receive several Public Citizen Financial Newsletters a year with helpful information on tax and estate planning

## Join Now!

### Membership Levels

- **Become a Friend of Public Citizen**

- **Become a Public Citizen Member**

- **Become a Public Citizen Partner**

**Renew Your Membership**

**Contribute Now**

**Learn About Planned Giving**

**Learn About Workplace Giving**

**In order to maintain our fierce independence, Public Citizen does not accept corporate or government funds**

search

Entire Site
For Keyword(s)
( Search )

advanced search

First Name _____ *

Last Name _____ *

Email _____ *

Phone _____

Street _____ *

Street 2 _____

City _____ *

State/Region [ Select One... ▼ ] *

Zip/Postal Code _____ *

**Type of contribution:**
◉ Yes, I want to become a **Partner** of Public Citizen Foundation

○ $500   ○ $1000   ○ $2500   ○ $5000

○ Other: $ _____ (Do not enter '$')

◉ VISA   ○ MASTERCARD
○ AMEX   ○ DISCOVER

credit card number _____

expires
[ Month ▼ ]
[ Year ▼ ]

cvv2: _____ *What's This?

**Is your gift tax-deductible?** All contributions at the Partner level are allocated to Public Citizen Foundation and are tax-deductible in excess of your $20 Public Citizen membership. If you would like to support Public Citizen's direct advocacy and lobbying, click here to make a non-tax-

Dockets.Justia.com

**email sign-up**

deductible gift to Public Citizen, Inc.

**Keep up with Public Citizen through your E-mail!**

( Sign up now! )

We do not share email addresses with third parties. For more details see our privacy policy.

( Submit )

*Note: Only click this button once, otherwise your donation may be processed twice*

If you prefer to mail your contribution to us please do the following:

1. Fill out this form
2. Print the form
3. Write a check payable to "Public Citizen Foundation" in $ US funds in the amount you specified above
4. Mail the check and the form to following address: Public Citizen Foundation
Attn. Member Services
1600 20th Street, NW
Washington, DC 20009

Join | Contact PC | Contribute | Site Map | Careers/Internships| Privacy Statement