UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JAMES L. ALEXANDER, et al., )
                                     )
        Plaintiffs,           )    Civil Action No. 5:07-cv-00117-FJS-GHL
                                     )
v.                                    )
                                     )
THOMAS J. CAHILL, et al., )
                                     )
        Defendants.         )
                                     )

## DECLARATION OF KRISTIN ADAMS

1.     My name is Kristin Adams. I am employed by Public Citizen, Inc. My business address is 1600 20th St., NW, Washington, DC 20009.

2.     Public Citizen, Inc. is a nonprofit corporation organized under the laws of the District of Columbia and authorized to conduct business there.

3.     As part of my regular job duties, I am responsible for ensuring that Public Citizen, Inc. complies with all applicable regulations required to operate in the states where it conducts business.

4.     I have filed all required paperwork and paid all required fees to operate as a nonprofit charitable organization in the state of New York.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**EXECUTED ON** April 3, 2007.

                                                               _/s/ Kristin Adams_
                                                               Kristin Adams