| PUBLIC CITIZEN LITIGATION GROUP | OFFICE OF THE NEW YORK STATE |
|:---:|:---:|
| 1600 20th Street, NW | ATTORNEY GENERAL |
| Washington, DC 20009 | The Capitol |
| | Albany, NY 12224 |
| Gregory A. Beck | |
| Tel.: (202) 588-7713 | Nelson R. Sheingold |
| Fax: (202) 588-7795 | Assistant Attorney General |
| | Tel.: (518) 473-3682 |
| | Fax: (518) 402-2221 |

April 27, 2007

Hon. George H. Lowe
U.S. Magistrate Judge
Federal Building and U.S. Courthouse
P.O. Box 7346
Syracuse, NY 13261-7346

    Re:    *Alexander, et al. v. Cahill, et al.*, No. 07-cv-00117

Dear Magistrate Judge Lowe:

    The parties have agreed in principle to a written set of stipulations to all the facts in this case. The written stipulations were proposed by the plaintiffs and subject only to final approval by the defendants.

    The only evidence to be submitted by the parties are the exhibits attached to previous filings in the case, or to the written stipulations in substantially their present form. The parties may submit other evidence upon agreement of both parties. If the defendants seek to introduce comments or letters received by the New York Office of Court Administration in response to the call for comments to the proposed amendments to the disciplinary rules, the plaintiffs will stipulate to the authenticity of these documents, provided that they are given access to all other such materials received by the Office of Court Administration and that the defendants agree to stipulate to the authenticity of any of these materials that the plaintiffs may choose to introduce. The parties make no representation as to the relevancy of these materials. Pursuant to this agreement, no discovery will be necessary.

    The defendants request an extension of time until May 11, 2007, to file their answer, to correspond with the date the cross motions for summary judgment are due. The plaintiffs have agreed to this extension.

                                                           Respectfully,

                                                          /s/ Gregory A. Beck
                                                          Gregory A. Beck
                                                          N.D.N.Y. Bar Roll No. 514293 (pro hac vice)

                                                           *Counsel for Plaintiffs*

1

/s/ Nelson R. Sheingold
Nelson R. Sheingold
N.D.N.Y. Bar Roll No. 601895

*Counsel for Defendants*