UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JAMES L. ALEXANDER, et al.

                                         *Plaintiffs*,       **NOTICE OF MOTION**

          -against-                                       07-CV-117

THOMAS J. CAHILL, et al.                                  FJS/GHL

                                         *Defendants*.

PLEASE TAKE NOTICE that upon the parties' stipulation of material facts, annexed exhibits and the accompanying memorandum of law; and upon all prior proceedings, Defendants Thomas J. Cahill, Mark S. Ochs, Diana Maxfield Kearse, Gary L. Casella, Rita E. Adler, Anthony J. Gigliotti, Daniel A. Drake and Vincent L. Scarsella, on June 18, 2007 at 3:00 P.M., or as soon thereafter as counsel can be heard, will make a motion at the United States District Court, Northern District of New York, Syracuse, New York, pursuant to Rule 56(b) of the Federal Rules of Civil Procedure, for an order granting defendant summary judgment and dismissing the Complaint in its entirety, together with such other or further relief as may be just.

Dated:  Albany, NY
          May 11, 2007

                                          ANDREW M. CUOMO
                                          Attorney General of the State of New York
                                          Attorney for Defendants

                                          By: *s/ Nelson R. Sheingold*
                                          Nelson R. Sheingold
                                          Assistant Attorney General, of Counsel
                                          Bar Roll No. 601895
                                          Telephone:  (518) 473-3682
                                          Fax:  (518) 402-2221 (Not for service of papers)
                                          Email: Nelson.Sheingold@oag.state.ny.us

:

        Bridget E. Holohan
        Assistant Attorney General
        Bar Roll No. 510911
        Telephone: (518) 473-3684
        Email: Bridget.Holohan@oag.state.ny.us