UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JAMES L. ALEXANDER, et al.

                              *Plaintiffs*,

-against-

THOMAS J. CAHILL, et al.

                              *Defendants*.

**CERTIFICATE OF SERVICE VIA ECM/CF**

07-CV-117

FJS/GHL

---

      Nelson R. Sheingold, an attorney admitted to practice in the State of New York and an Assistant Attorney General of counsel in this matter to Andrew M. Cuomo, Attorney General of the State of New York, attorney for defendants, hereby certifies that on May 11, 2007, I electronically filed on behalf of defendants, defendants' Notice of Motion for summary judgment and accompanying memorandum and Declaration using the CM/ECF system, which sent notification of such filing to the following:

Gregory A. Beck: gbeck@citizen.org; Patrick F. MacRae: Patrick.MacRae@oag.state.ny.us, District@oag.state.ny.us; Scott Nelson: snelson@citizen.org; Nelson Sheingold: nelson.sheingold@oag.state.ny.us; Brian Wolfman: brian@citizen.org.

May 11, 2007

                                      ANDREW M. CUOMO
                                      Attorney General of the State of New York
                                      Attorney for Defendant Wayne E. Bennett
                                      The Capitol
                                      Albany, New York  12224-0341

                                      By: *s/ Nelson R. Sheingold*
                                      Nelson R. Sheingold
                                      Assistant Attorney General, of Counsel
                                      Bar Roll No. 601895
                                      Telephone:  (518) 473-3682
                                      Fax:  (518) 402-2221 (Not for service of papers)
                                      Email: Nelson.Sheingold@oag.state.ny.us