UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JAMES L. ALEXANDER, et al.

            *Plaintiffs*,   **CERTIFICATE OF SERVICE VIA ECM/CF**

-against-

                   07-CV-117

THOMAS J. CAHILL, et al.

                   FJS/GHL

            *Defendants*.

---

  Nelson R. Sheingold, an attorney admitted to practice in the State of New York and an Assistant Attorney General of counsel in this matter to Andrew M. Cuomo, Attorney General of the State of New York, attorney for defendants, hereby certifies that on May 11, 2007, I electronically filed on behalf of defendants, defendants' Answer to the Complaint using the CM/ECF system, which sent notification of such filing to the following:

Gregory A. Beck: gbeck@citizen.org; Patrick F. MacRae: Patrick.MacRae@oag.state.ny.us, District@oag.state.ny.us; Scott Nelson: snelson@citizen.org; Nelson Sheingold: nelson.sheingold@oag.state.ny.us; Brian Wolfman: brian@citizen.org.

May 11, 2007

                ANDREW M. CUOMO
                Attorney General of the State of New York
                Attorney for Defendant Wayne E. Bennett
                The Capitol
                Albany, New York  12224-0341

                By: *s/ Nelson R. Sheingold*
                Nelson R. Sheingold
                Assistant Attorney General, of Counsel
                Bar Roll No. 601895
                Telephone:  (518) 473-3682
                Fax:  (518) 402-2221 (Not for service of papers)
                Email: Nelson.Sheingold@oag.state.ny.us