UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES L. ALEXANDER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THOMAS J. CAHILL, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 5:07-cv-00117-FJS-GHL <br> ) <br> ) <br> ) <br> ) <br> ) |

## **CERTIFICATE OF SERVICE**

I certify that on May 11, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Nelson R. Sheingold
Bridget E. Holohan
N.Y.S. Dept. of Law
The Capitol
Albany, NY 12224
Phone: (518) 473-3684
Fax: (518) 402-2221

*Counsel for Defendants*

                                       /s/ Gregory A. Beck
                                       Gregory A. Beck