UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| JAMES L. ALEXANDER, et al., | ) |
| Plaintiffs, | ) Civil Action No. 5:07-cv-00117-FJS-GHL |
| v. | ) |
| THOMAS J. CAHILL, et al., | ) |
| Defendants. | ) |

## DECLARATION OF GREGORY A. BECK

1. My name is Gregory A. Beck. I am an attorney with Public Citizen Litigation Group. I represent the plaintiffs in this case.

2. I make this declaration in support of plaintiffs' motion for summary judgment.

3. On February 1, 2007, plaintiffs filed this case under 42 U.S.C. § 1983, challenging the constitutionality of the amendments to the Disciplinary Rules of the Code of Professional Responsibility that became effective on February 1, 2007.

4. Plaintiffs have filed a motion for summary judgment and accompanying memorandum of law. In support of this motion, plaintiffs have filed a stipulated statement of material facts on behalf of all parties.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

**DATED** May 11, 2007.

                                                /s/ Gregory A. Beck
                                                Gregory A. Beck