UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JAMES L. ALEXANDER, et al., )
)
    Plaintiffs, )
)
v. ) Civil Action No. 5:07-cv-00117-FJS-GHL
)
THOMAS J. CAHILL, et al., )
)
    Defendants. )
)

## CERTIFICATE OF SERVICE

I certify that on May 25, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Nelson R. Sheingold
Bridget E. Holohan
N.Y.S. Dept. of Law
The Capitol
Albany, NY 12224
Phone: (518) 473-3684
Fax: (518) 402-2221

*Counsel for Plaintiffs*

          /s/ Gregory A. Beck
         Gregory A. Beck