

## STATE OF NEW YORK
## OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

STATE COUNSEL DIVISION
Litigation Bureau

Writer Direct: (518) 473-3684
May 29, 2007

Honorable Frederick J. Scullin
United States District Judge
United States District Court
Northern District of New York
Syracuse, NY 13261-7255

Re:     *Alexander v. Cahill et al*
        07-CV-117 (FJS)(GHL)

Dear Judge Scullin:

        Due to the departure of AAG Nelson Sheingold, the above-referenced action was re-assigned to me. Based upon conflicting entries in the docket, I mistakenly thought that a response to plaintiffs' motion for summary judgment was due on June 6, 2007, based upon Docket No. 19. When I received plaintiffs' response to defendants' motion for summary judgment on Friday, May 25, 2007, I discovered the Magistrate Judge had set the briefing schedule on April 19, 2007, which set a response deadline of May 25, 2007. I have conferred with opposing counsel and respectfully request that the Court accept defendants' motion for summary judgment as defendants' opposition to plaintiffs' motion for summary judgment. Defendants will submit a reply on June 1, 2007, to plaintiffs' opposition to defendants' motion for summary judgment. Counsel for plaintiffs consents to this request, but reserves the right to submit a reply by June 9, 2007, in the event defendants' reply raises new issues not previously addressed. I apologize for any inconvenience to the Court and plaintiffs.

        Thank you for your consideration of this matter.

                                                Respectfully yours,

                                                s/ *Bridget E. Holohan*
                                                Bridget E. Holohan
                                                Assistant Attorney General
                                                Bar Roll No. 510911
                                                Bridget.Holohan@oag.state.ny.us

cc:     Gregory Beck, Esq.
        Via ECF

The Capitol, Albany, NY 12224-0341 ● (518) 474-4441 ● Fax (518) 473-1572
* NOT FOR SERVICE OF PAPERS

Dockets.Justia.com