UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

PUBLIC CITIZEN, INC.; JAMES L. ALEXANDER ESQ.;
ALEXANDER & CATALANO LLC,

          *Plaintiffs*,

-against-

THOMAS J. CAHILL; MARK S. OCHS; DIANA
MAXFIELD KEARSE; GARY L. CASELLA; RITA E.
ADLER; ANTHONY J. GIGLIOTTI; DANIEL A.
DRAKE; VINCENT L. SCARSELLA,

          *Defendants*.

**DECLARATION OF SERVICE**

07-CV-117

FJS/GHL

---

  I, Bridget E. Holohan, an attorney admitted to practice in the State of New York and an Assistant Attorney General of counsel in this matter to Andrew M. Cuomo, Attorney General of the State Of New York, attorney for defendants, hereby certifies that on June 1, 2007, I electronically filed on behalf of defendants the **Memorandum of Law in Further Support of Defendants' Motion for Summary Judgment**, using the CM/ECF system, which sent notification of such filing to the following:

Gregory Beck, Esq
Public Citizen Litigation Group
1600 20th St., NW
Washington, DC 20009


Dated: June 1, 2007
    Albany, New York

              *s/ Bridget E. Holohan*
              Bridget E. Holohan