All of the above pursuant to the Order of the Honorable Senior Judge Frederick J. Scullin, Jr. dated the 20th day of July, 2007.

**JULY 23, 2007**   **LAWRENCE K. BAERMAN**

**DATE**   **CLERK OF COURT**

**s/**

**JOANNE BLESKOSKI**
**DEPUTY CLERK**