UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JAMES L. ALEXANDER, *et al.*,

    Plaintiffs,

v.

THOMAS J. CAHILL, *et al.*,

    Defendants.

Civil Action No. 5:07-cv-00117-FJS-GHL

## **ORDER**

Plaintiffs having moved for an extension of time in which to file their motion for fees, expenses, and costs until after any appeal in this case has been decided,

IT IS ORDERED that plaintiffs' motion for fees, expenses, and costs should be filed no later than 14 days after the expiration of the period for appeal, or in the event of an appeal, 14 days after the Court of Appeals disposes of the case or at such time as would be appropriate if further proceedings in this Court are necessary.

Dated:

                                                                                                    Judge Frederick J. Scullin, Jr.
                                                                                                    United States District Judge