UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

PUBLIC CITIZEN, INC.; JAMES L. ALEXANDER ESQ.;
ALEXANDER & CATALANO LLC,

         *Plaintiffs*,

**NOTICE OF APPEARANCE**

-against-

07-CV-117
(FJS/GHL)

THOMAS J. CAHILL; MARK S. OCHS; DIANA
MAXFIELD KEARSE; GARY L. CASELLA; RITA E.
ADLER; ANTHONY J. GIGLIOTTI; DANIEL A. DRAKE;
VINCENT L. SCARSELLA,

         *Defendants*.

**PLEASE TAKE NOTICE** that defendants hereby appear by the undersigned, whose address and telephone number are as set forth below.

Dated: Albany, New York
    August 2, 2007

         ANDREW M. CUOMO
         Attorney General of the State of New York
         Attorney for Defendants
         Office of the Attorney General
         The Capitol
         Albany, New York  12224
         By:

         __s/Gerald J. Rock_____
         Gerald J. Rock
         Assistant Attorney General
         Bar Roll No. 510059
         Telephone: (518) 402-2223
         Gerald.Rock@oag.state.ny.us

TO: Gregory A. Beck
    PUBLIC CITIZEN LITIGATION GROUP
    1600 20th St., NW
    Washington, DC 20009

dockets.Justia.com