UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

PUBLIC CITIZEN, INC.; JAMES L. ALEXANDER ESQ.;
ALEXANDER & CATALANO LLC,

                         *Plaintiffs*,         **NOTICE OF APPEAL**

-against-                    07-CV-117
                                                         (FJS/GHL)

THOMAS J. CAHILL; MARK S. OCHS; DIANA
MAXFIELD KEARSE; GARY L. CASELLA; RITA E.
ADLER; ANTHONY J. GIGLIOTTI; DANIEL A. DRAKE;
VINCENT L. SCARSELLA,

                             *Defendants*.

    Please take notice that Defendants hereby appeal to the United States Court of Appeals for the Second Circuit from so much of the final judgment entered in this action on July 23, 2007 as denied defendants' motion for summary judgment and granted plaintiffs' motion for summary judgment and entered a permanent injunction enjoining defendants.

Dated:  Albany, New York
          August 22, 2007

                                       ANDREW M. CUOMO
                                       Attorney General of the State of New York
                                       Attorney for Defendants
                                       Office of the Attorney General
                                       The Capitol
                                       Albany, New York 12224


                     By:   *s/ Gerald J. Rock*
                           Gerald J. Rock
                           Assistant Attorney General
                            of Counsel
                           Bar Roll No. 510059
                           Telephone:  (518) 402-2223
                           Fax::   (518) 473-1572
                           Email: Gerald.Rock@oag.state.ny.us

TO:    Gregory Beck, Esq
        Public Citizen Litigation Group
        1600 20th St., NW
        Washington, DC 20009