UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

PUBLIC CITIZEN, INC.; JAMES L. ALEXANDER ESQ.;
ALEXANDER & CATALANO LLC,

                                    *Plaintiffs*,
                                                              07-CV-117
              -against-                                       (FJS/GHL)

THOMAS J. CAHILL; MARK S. OCHS; DIANA
MAXFIELD KEARSE; GARY L. CASELLA; RITA E.
ADLER; ANTHONY J. GIGLIOTTI; DANIEL A. DRAKE;
VINCENT L. SCARSELLA,

                                    *Defendants*.

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2007, I electronically filed Defendants' Notice of

Appeal with the Clerk of the District Court using the CM/ECF system, which sent notification of

such filing to the following attorneys for plaintiffs who are also CM/ECF users:

**Brian Wolfman, Esq.**
**Gregory A. Beck**, **Esq.**
**Scott Nelson, Esq.**
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009

Dated: August 22, 2007
        Albany, New York

*s/ Gerald J. Rock*

Gerald J. ROCK
Bar Roll No. 510059
Gerald.Rock@oag.state.ny.us