UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

### ELECTRONIC NOTICE OF APPEAL

Dear Sir or Madam,

    Please take notice that on August 22, 2007 the court received a notice of appeal in the action set forth below. This notice serves to inform the Second Circuit of the pending appeal and provide them with the basic information they need to begin processing the appeal. After receipt of this notice, the Second Circuit will prepare and issue a scheduling order which will outline the obligations and responsibilities of the parties with regard to this appeal. Should you have any questions prior to the issuance of a scheduling order, please feel free to contact the District Court Clerk's Office.

    Sincerely,

    Lawrence K. Baerman
    U.S. District Court

    S/

    By: Britney Norton
        Deputy Clerk

### For Court Use Only:

**CASE TITLE**: James L. Alexander, et al. v. Thomas J. Cahill, et al.

**CASE NUMBER**: 5:07-cv-117 FJS/GHL

**NOTICE OF APPEAL** - Docket # 44

**Document being Appealed:**

    Final Judgement:    Docket # 39, 40
    Interlocutory Appeal:    Docket #
    Other:    Docket #

**FEE STATUS**:    Paid X    Due ___    Waived (IFP/CJA) ___

    IFP revoked ___    Application Attached ___    IFP pending before USDJ ___

**COUNSEL**:    CJA ___    RETAINED X    PRO SE ___

**TIME STATUS**:    Timely X    Out of Time ___

**MOTION FOR EXTENSION OF TIME**:    Granted ___    Denied ___

**CERTIFICATE OF APPEALABILITY**:    Granted ___    Denied ___    N/A ___