UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES L. ALEXANDER; ALEXANDER & CATALANO LLC; and PUBLIC CITIZEN, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THOMAS J. CAHILL; DIANA MAXFIELD KEARSE; GARY L. CASELLA; RITA E. ADLER; MARK S. OCHS; ANTHONY J. GIGLIOTTI; DANIEL A. DRAKE; and VINCENT L. SCARSELLA, <br><br> Defendants. | Civil Action No. 5:07-cv-00117-FJS-GHL |

### PLAINTIFFS' NOTICE OF CROSS APPEAL

Notice is hereby given that all plaintiffs in the above-captioned case appeal to the United States Court of Appeals for the Second Circuit from those portions of the memorandum decision, order, and final judgment entered in this case on July 23, 2007 (Docs. 39 & 40), that denied plaintiffs' motion for summary judgment and granted defendants' motion for summary judgment.

Respectfully submitted,

  /s/ Gregory A. Beck
Gregory A. Beck
N.D.N.Y. Bar Roll No. 514293 (pro hac vice)
Brian Wolfman
N.D.N.Y. Bar Roll No. 514292 (pro hac vice)
Scott L. Nelson
N.D.N.Y. Bar Roll No. 513515
PUBLIC CITIZEN LITIGATION GROUP
1600 20th St., NW
Washington, DC 20009
Phone: (202) 588-1000

        Fax: (202) 588-7795
     Email: gbeck@citizen.org
          brian@citizen.org
         snelson@citizen.org

*Counsel for Plaintiffs*

Dated:  August 29, 2007