**PUBLIC CITIZEN LITIGATION GROUP**
1600 TWENTIETH STREET, NW
WASHINGTON, DC 20009
(202) 588-1000
(202) 588-7795 (fax)
_____

GREGORY A. BECK
Direct Dial: (202) 588-7713
E-mail: gbeck@citizen.org

September 4, 2007

**Via ECF**

Hon. Frederick J. Scullin, Jr.
United States District Court Judge
United States District Court for the
  Northern District of New York
U.S. Courthouse and Federal Building
P.O. Box 7255
100 South Clinton Street
Syracuse, NY 13261-7255

    RE:    *Alexander, et al. v. Cahill, et al.,* No. 07-cv-00117

Dear Judge Scullin:

    For the reasons set forth in the accompanying memorandum of law, plaintiffs respectfully move for an award of $59,255.50 in attorneys' fees and $1856.04 in costs. Plaintiffs are filing this motion in accordance with the Court's August 2, 2007, order. The requested amounts represent the fees and costs incurred by plaintiffs so far in the litigation. The parties have now filed cross appeals, and, pursuant to the Court's August 2 order, plaintiffs will file a second motion for fees, if necessary, after the conclusion of the appeals. Plaintiffs will also file a separate bill of costs seeking taxable costs.

    Counsel for defendants stated that he will take no position on this motion until he has reviewed plaintiffs' memorandum of law.

                                       Respectfully,

                                       /s/Gregory A. Beck
                                       Gregory A. Beck

cc    Gerald Rock, via ECF