# Exhibit 2

# Time Record Report

| STAFF | DATE | CASENAME | TIME (hr) | DESCRIPTION |
|---|---|---|---|---|
| Beck, Greg | 1/5/2007 | Alexander v. Cahill | 3.5 | Review, analyze, write memo on amended rules |
| Beck, Greg | 1/9/2007 | Alexander v. Cahill | 0.8 | Ph interview with Jim Alexander |
| Beck, Greg | 1/10/2007 | Alexander v. Cahill | 0.3 | Mtg. w/Brian re. merits of case |
| Beck, Greg | 1/15/2007 | Alexander v. Cahill | 5 | Review N.D. rules, draft preliminary complaint |
| Beck, Greg | 1/19/2007 | Alexander v. Cahill | 0.8 | Telephone mtg. w/Jim Alexander re. advertising, review firm's ads |
| Beck, Greg | 1/22/2007 | Alexander v. Cahill | 0.5 | Ph. Mtg. with Jim, discuss focum, local counsel, proper defendants |
| Beck, Greg | 1/22/2007 | Alexander v. Cahill | 6 | Expand/edit complaint, research standing, jurisdictional issues |
| Beck, Greg | 1/23/2007 | Alexander v. Cahill | 2.7 | Edit complaint, review complaint with Brian and Jim, research on First Amendment/standing issues |
| Beck, Greg | 1/23/2007 | Alexander v. Cahill | 0.7 | Review MCBA mtg. transcript |
| Beck, Greg | 1/23/2007 | Alexander v. Cahill | 2 | Research on 30-day rule, First Amendment issues |
| Beck, Greg | 1/25/2007 | Alexander v. Cahill | 4 | Edit/expand complaint, research proper defendants |
| Beck, Greg | 1/26/2007 | Alexander v. Cahill | 2 | Review complaint w/Brian and Jim, edits |
| Beck, Greg | 1/28/2007 | Alexander v. Cahill | 2 | Rsrch. Commercial speech issues for PI motion |
| Beck, Greg | 1/29/2007 | Alexander v. Cahill | 0.3 | Review PI memo with Jim, edits to memo |
| Beck, Greg | 1/29/2007 | Alexander v. Cahill | 7 | Rsrch./draft PI memo |
| Beck, Greg | 1/30/2007 | Alexander v. Cahill | 0.2 | Prepare civil cover sheet for Scott |
| Beck, Greg | 1/30/2007 | Alexander v. Cahill | 1 | Review memorandum of First Amendment research project by Emma Cheuse, incorporate her work into PI memo |
| Beck, Greg | 1/31/2007 | Alexander v. Cahill | 0.2 | Update/edit complaint |
| Beck, Greg | 2/1/2007 | Alexander v. Cahill | 4.3 | Finalize complaint and associated papers for filing, prepare service list, , prepare summonses for all defendants |
| Beck, Greg | 2/2/2007 | Alexander v. Cahill | 7 | Research/draft PI memo |
| Beck, Greg | 2/2/2007 | Alexander v. Cahill | 0.5 | Review filing order |
| Beck, Greg | 2/4/2007 | Alexander v. Cahill | 2.5 | Research/draft PI memo |
| Beck, Greg | 2/5/2007 | Alexander v. Cahill | 6.5 | Research/draft PI memo, review with Emma |

| STAFF | DATE | CASENAME | TIME (hr) | DESCRIPTION |
|---|---|---|---|---|
| Beck, Greg | 2/6/2007 | Alexander v. Cahill | 5 | Review advertising materials provided by Jim Alexander, research/edit PI memo |
| Beck, Greg | 2/7/2007 | Alexander v. Cahill | 3 | Edit PI memo, some additional research, create exhibits |
| Beck, Greg | 2/8/2007 | Alexander v. Cahill | 1.1 | Prepare Catalano affidavit/exhibits |
| Beck, Greg | 2/8/2007 | Alexander v. Cahill | 3 | Prepare Alexander Declaration in consultation with Jim, create exhibits |
| Beck, Greg | 2/9/2007 | Alexander v. Cahill | 2.2 | Prepare pro hac motions for Brian and me |
| Beck, Greg | 2/10/2007 | Alexander v. Cahill | 1.5 | Expand PI memo, some additionaol research, prepare motion |
| Beck, Greg | 2/10/2007 | Alexander v. Cahill | 2 | Review/prepare DVD exhibit of commercials |
| Beck, Greg | 2/12/2007 | Alexander v. Cahill | 0.2 | Edit/finalize pro hac motions |
| Beck, Greg | 2/12/2007 | Alexander v. Cahill | 1.5 | Edit/finalize declarations |
| Beck, Greg | 2/14/2007 | Alexander v. Cahill | 1.5 | Finalize PI motion/associated papers for filing |
| Beck, Greg | 2/14/2007 | Alexander v. Cahill | 0.2 | Prepare corporate disclosure statement |
| Beck, Greg | 2/15/2007 | Alexander v. Cahill | 0.3 | Coordinate with Alexander & Catalano paralegal for personal service on NY Ag's office |
| Beck, Greg | 2/15/2007 | Alexander v. Cahill | 0.8 | Complete service by mail to all defendants |
| Beck, Greg | 3/1/2007 | Alexander v. Cahill | 0.4 | Ph. Call w/Jim Alexander re. service issues/email to Pat McRae |
| Beck, Greg | 3/5/2007 | Alexander v. Cahill | 0.8 | Write/file motion to move back hearing, at defendants' request |
| Beck, Greg | 3/6/2007 | Alexander v. Cahill | 0.2 | Prepare notices of appearance for me and Brian |
| Beck, Greg | 3/7/2007 | Alexander v. Cahill | 6 | Research empirical studies/task force on lawyer advertising |
| Beck, Greg | 3/27/2007 | Alexander v. Cahill | 2.5 | Review response to PI motion and motion for summary judgment, research procedural issues |
| Beck, Greg | 3/28/2007 | Alexander v. Cahill | 3 | Research NY corporate law and PC's corporate status |
| Beck, Greg | 3/28/2007 | Alexander v. Cahill | 2 | Research response/discuss with Brian |
| Beck, Greg | 3/29/2007 | Alexander v. Cahill | 3 | Research/begin writing reply brief |
| Beck, Greg | 4/1/2007 | Alexander v. Cahill | 8 | Research First Amendment and procedural issues, write/edit reply brief |
| Beck, Greg | 4/2/2007 | Alexander v. Cahill | 6 | Research/write reply brief |
| Beck, Greg | 4/3/2007 | Alexander v. Cahill | 0.6 | Review corporate papers with Kristin Adams, work with Kristin to draft declaration |
| Beck, Greg | 4/3/2007 | Alexander v. Cahill | 5 | Proof/edit/finalize/file reply brief |

| STAFF | DATE | CASENAME | TIME (hr) | DESCRIPTION |
|---|---|---|---|---|
| Beck, Greg | 4/9/2007 | Alexander v. Cahill | 4 | Prepare for oral argument, review cases and briefs |
| Beck, Greg | 4/10/2007 | Alexander v. Cahill | 2 | Moot court |
| Beck, Greg | 4/10/2007 | Alexander v. Cahill | 3 | Prepare for argument, review cases |
| Beck, Greg | 4/11/2007 | Alexander v. Cahill | 2 | First Amendment research |
| Beck, Greg | 4/12/2007 | Alexander v. Cahill | 4.5 | Travel to Syracuse for hearing |
| Beck, Greg | 4/13/2007 | Alexander v. Cahill | 7.9 | Travel to Syracuse, hearing on PI motion/motion to dismiss, travel to DC |
| Beck, Greg | 4/17/2007 | Alexander v. Cahill | 0.2 | Telephone conference with defendants' counsel and Brian re. case management |
| Beck, Greg | 4/18/2007 | Alexander v. Cahill | 0.5 | Draft civil case management plan |
| Beck, Greg | 4/19/2007 | Alexander v. Cahill | 0.5 | Initial telephone conference with Magistrate Lowe, defendants' counsel |
| Beck, Greg | 4/20/2007 | Alexander v. Cahill | 0.5 | Review transcript of hearing |
| Beck, Greg | 4/23/2007 | Alexander v. Cahill | 0.5 | Review order on PI/motion to dismiss |
| Beck, Greg | 4/25/2007 | Alexander v. Cahill | 1.2 | Draft proposed stipulation |
| Beck, Greg | 4/27/2007 | Alexander v. Cahill | 1.8 | Draft joint letter to court, edits per Nelson Sheingold, review with Brian |
| Beck, Greg | 5/8/2007 | Alexander v. Cahill | 6 | Research/draft memo. in support of SJ |
| Beck, Greg | 5/9/2007 | Alexander v. Cahill | 0.4 | Ph. Cal with Nelson, revise stipulations |
| Beck, Greg | 5/9/2007 | Alexander v. Cahill | 4 | Research/draft memo. In support of SJ |
| Beck, Greg | 5/10/2007 | Alexander v. Cahill | 0.2 | Draft motion for summary judgment |
| Beck, Greg | 5/10/2007 | Alexander v. Cahill | 4 | Write/edit SJ brief |
| Beck, Greg | 5/10/2007 | Alexander v. Cahill | 6 | Research/write SJ brief |
| Beck, Greg | 5/11/2007 | Alexander v. Cahill | 0.2 | Ph. Call with Nelson, edit joint statement |
| Beck, Greg | 5/11/2007 | Alexander v. Cahill | 0.3 | Draft Beck declaration |
| Beck, Greg | 5/11/2007 | Alexander v. Cahill | 0.4 | Edit joint stipulations, ph. Calls with Nelson Sheingold |
| Beck, Greg | 5/11/2007 | Alexander v. Cahill | 1.5 | Review state's memorandum/answer |
| Beck, Greg | 5/11/2007 | Alexander v. Cahill | 4 | Proof/edit SJ memorandum |
| Beck, Greg | 5/24/2007 | Alexander v. Cahill | 10 | Research/write response memo. |
| Beck, Greg | 5/25/2007 | Alexander v. Cahill | 12 | Research/write/edit response brief |
| Beck, Greg | 6/1/2007 | Alexander v. Cahill | 0.8 | Review defendants' reply brief |
| Beck, Greg | 6/15/2007 | Alexander v. Cahill | 1.5 | Moot |

| STAFF | DATE | CASENAME | TIME (hr) | DESCRIPTION |
|---|---|---|---|---|
| Beck, Greg | 6/15/2007 | Alexander v. Cahill | 3 | Prepare for argument, review briefs and cases |
| Beck, Greg | 6/17/2007 | Alexander v. Cahill | 3 | Prepare for argument |
| Beck, Greg | 6/18/2007 | Alexander v. Cahill | 11.6 | Travel to Syracuse for hearing, meet with clients, hearing, return home |
| Beck, Greg | 7/23/2007 | Alexander v. Cahill | 1 | Review memorandum decision |
| Beck, Greg | 8/1/2007 | Alexander v. Cahill | 0.5 | Letter motion re. fees |
| Beck, Greg | 8/27/2007 | Alexander v. Cahill | 6.5 | Research Second Circuit law on fees, draft fee motion |
| Beck, Greg | 8/28/2007 | Alexander v. Cahill | 3 | Research/draft fee motion, Beck Declaration |
| Beck, Greg | 9/4/2007 | Alexander v. Cahill | 2 | Proof/edit fee motion, create exhibits |
| | | *Sum:* | 230.1 | |

# Time Record Report

| STAFF | DATE | CASENAME | TIME (hr) | DESCRIPTION |
|---|---|---|---|---|
| Wolfman, Brian | 1/23/2007 | Alexander v. Cahill | 1.5 | Review and edit draft complaint (.8), talk to Greg Beck about possible changes to draft (.5), and consider argument to challenge 30-day rule (.2) |
| Wolfman, Brian | 1/26/2007 | Alexander v. Cahill | 1.1 | Talk to G Beck re status of complaint and temporary relief to be sought (.3) and read and edit second draft of complaint (.8) |
| Wolfman, Brian | 1/30/2007 | Alexander v. Cahill | 0.8 | Read and edit most recent draft of complaint |
| Wolfman, Brian | 2/1/2007 | Alexander v. Cahill | 1.4 | Read and edit draft by G Beck of preliminary injunction memorandum |
| Wolfman, Brian | 2/2/2007 | Alexander v. Cahill | 0.8 | Meet with Greg Beck regarding questions and issues raised by his draft of prelim injunction brief |
| Wolfman, Brian | 2/7/2007 | Alexander v. Cahill | 1.4 | Read and edit second draft of preliminary injurnction motion (1.3); work on my p.i. affidavit (.1) |
| Wolfman, Brian | 3/28/2007 | Alexander v. Cahill | 1 | Read NY AG's opposition brief on PI motion (.7) and talk to Greg Beck re same (.3) |
| Wolfman, Brian | 4/2/2007 | Alexander v. Cahill | 1.4 | Read and edit Greg Beck's draft reply brief in support of PI |
| Wolfman, Brian | 4/3/2007 | Alexander v. Cahill | 0.3 | Talk to GB regarding my suggested edits and ideas for reply brief on PI |
| Wolfman, Brian | 4/4/2007 | Alexander v. Cahill | 1.2 | Read and edit next draft of reply brief in support of PI |
| Wolfman, Brian | 4/9/2007 | Alexander v. Cahill | 0.5 | Read briefs in prepartion for tomorrow's moot court |
| Wolfman, Brian | 4/10/2007 | Alexander v. Cahill | 1.4 | Moot court and discussion in prepartion for Greg Beck for Friday's preliminary injunction hearing in Syracuse |
| Wolfman, Brian | 4/12/2007 | Alexander v. Cahill | 4.5 | Travel to Syracuse for hearing |
| Wolfman, Brian | 4/17/2007 | Alexander v. Cahill | 0.2 | Telephone conference with defendants' counsel about upcoming discovery conference with Magistrate Judge |
| Wolfman, Brian | 4/17/2007 | Alexander v. Cahill | 7.9 | Preliminary injunction hearing in NDNY and return to DC |
| Wolfman, Brian | 4/27/2007 | Alexander v. Cahill | 0.4 | Discussions with Greg Beck and reviewing letter to send to Magistrate Judge about stipulation |
| Wolfman, Brian | 5/10/2007 | Alexander v. Cahill | 0.1 | Read and edit joint stipulations and material fact statement |
| Wolfman, Brian | 5/10/2007 | Alexander v. Cahill | 1.4 | Review and edit Greg Beck's draft summary judgment brief |

| STAFF | DATE | CASENAME | TIME (hr) | DESCRIPTION |
|---|---|---|---|---|
| Wolfman, Brian | 6/18/2007 | Alexander v. Cahill | 11.6 | Travel to Syracuse for summary judgment hearing, meeti with clients, hearing before Judge Scullin, and return to Washington (leave 8:35 am, get home 10:15 pm) |
| Wolfman, Brian | 7/23/2007 | Alexander v. Cahill | 0.7 | Read district judge's ruling on summary judgment |
| Wolfman, Brian | 8/31/2007 | Alexander v. Cahill | 0.5 | Review and edit fee motion (.3) and Beck declaration (.1), and draft my own fee declaration (.1) - - for section 1988 application |
| | | *Sum:* | 40.1 | |