# Exhibit 3

```
From: Guest Services [mailto:guestservices@hawthornsyracuse.com]
Sent: Wednesday, March 14, 2007 12:01 PM
To: jalexander@cnylaw.com
Subject: Confirmation: 62819 (Beck)
```

March 14, 2007


 Greg Beck

,


Dear Greg:

This letter is to confirm your reservation arriving on Thursday, April 12, 2007 and checking out on Friday, April 13, 2007, a total of 1 night(s).  Your confirmation number is 62819.  Check in time is 5pm and check out is at 2pm.  Guests checking out after 2pm will automatically be charged an additional night's stay.  A valid credit card is required at check in.

Your accommodations include 1 Executive Suite suite(s).  The rate for 1 adults and  0 children will be $139.00 per night plus 13.00% occupancy tax.

Any rate changes follow:


 The total amount of your stay, including tax will be $157.07.

Should you require a rollaway bed or a crib the Hawthorn Suites can provide that for a fee of $15 per night.

Guaranteed reservations may be cancelled 24 hours prior to arrival without any charges by calling us directly at (315) 425-0500. Reservations not cancelled by the 24 hour deadline will be charged for one night's stay.

The Hawthorn Suites is located in historic Armory Square, in the heart of downtown Syracuse.  Just outside our doors, our guests will find 32 of Syracuse's finest restaurants, unique boutiques, gallaries, museums and enjoyable evening entertainment.  All of downtowns business centers are within walking distance of the hotel.

We are looking forward to your stay with us.  Please feel free to contact us before your arrival if there is anything we can do to help make your stay comfortable and pleasant.

Sincerely,


Deanna A. Torrance
Front Desk Manager

Case 5:07-cv-00117-FJS-GHL    Document 48-6    Filed 09/04/2007    Page 3 of 14

```
From: Guest Services [mailto:guestservices@hawthornsyracuse.com]
Sent: Wednesday, March 14, 2007 12:00 PM
To: jalexander@cnylaw.com
Subject: Confirmation: 62818 (Wolfman)
```

March 14, 2007


 Brian Wolfman

,


Dear Brian:

This letter is to confirm your reservation arriving on Thursday, April 12, 2007 and checking out on Friday, April 13, 2007, a total of 1 night(s).  Your confirmation number is 62818.  Check in time is 5pm and check out is at 2pm.  Guests checking out after 2pm will automatically be charged an additional night's stay.  A valid credit card is required at check in.

Your accommodations include 1 Executive Suite suite(s).  The rate for 1 adults and  0 children will be $139.00 per night plus 13.00% occupancy tax.

Any rate changes follow:


 The total amount of your stay, including tax will be $157.07.

Should you require a rollaway bed or a crib the Hawthorn Suites can provide that for a fee of $15 per night.

Guaranteed reservations may be cancelled 24 hours prior to arrival without any charges by calling us directly at (315) 425-0500.  Reservations not cancelled by the 24 hour deadline will be charged for one night's stay.

The Hawthorn Suites is located in historic Armory Square, in the heart of downtown Syracuse.  Just outside our doors, our guests will find 32 of Syracuse's finest restaurants, unique boutiques, gallaries, museums and enjoyable evening entertainment.  All of downtowns business centers are within walking distance of the hotel.

We are looking forward to your stay with us.  Please feel free to contact us before your arrival if there is anything we can do to help make your stay comfortable and pleasant.

Sincerely,


Deanna A. Torrance
Front Desk Manager

**Greg Beck - Travelocity airline confirmation for Syracuse, NY trip**

**From:** The Travelocity Team <Member@p21.travelocity.com>
**To:** <GBECK@CITIZEN.ORG>
**Date:** 3/8/2007 4:17 PM
**Subject:** Travelocity airline confirmation for Syracuse, NY trip

 

**Dear GREGORY,**

Thank you for booking your travel through Travelocity!

Your e-tickets are confirmed. Please refer to the Travel Checklist for helpful before-you-go reminders.

⚠ **One important friendly reminder:** This is an e-ticket, so no paper ticket will be mailed to you.
**Please note:** Seat requests are not guaranteed and may be changed by the airline.

**Travel Alert!**   New airport security measures are in effect. Please review these important changes.

**Your Itinerary**                                       This trip information is also available in My Stuff

**Your Confirmation Information:**          **Travel Tools:**

- E-tickets are confirmed with the airline.  • Online check-in            • Lookup Flight Status
- Travelocity Trip ID: 6976 7370 6774        • Check for Airport Delays   • Destination Guides
- Your phone number for this trip: 202.588.1000   • Change or cancel this reservation

All times are local to each city

**Washington DC-Reagan (DCA) to Syracuse, NY (SYR)**                **Total Travel Time: 1hr 13min**

Please check in at US AIRWAYS EXPRESS-AIR WISCONSIN ticket counter.  For   Change or cancel this reservation
your boarding pass, use reference code GBBYPX   for online  or airport check-in.

| Thu, Apr 12 | **04:40 PM** to **05:53 PM** | Washington DC-Reagan (DCA) to Syracuse, NY (SYR) 1hr 13min - nonstop | US Airways Flight 3768 Canadair Regional Jet- Economy Operated by US AIRWAYS EXPRESS-AIR WISCONSIN |

>Extras
Requested Seats 10C

**Syracuse, NY (SYR) to Washington DC-Reagan (DCA)**                **Total Travel Time: 1hr 9min**

Please check in at US Airways ticket counter.  For your boarding pass, use   Change or cancel this reservation
reference code GBBYPX   for online  or airport check-in.

| Fri, Apr 13 | **04:50 PM** to **05:59 PM** | Syracuse, NY (SYR) to Washington DC-Reagan (DCA) 1hr 9min - nonstop | US Airways Flight 1295 Airbus Jet- Economy |

>Extras
Requested Seats 12C

| **Passenger Information** | | | Back to top |
|---|---|---|---|
| **Passenger Name †** | **Airline** | **Frequent Flyer** | **Ticket Number ††** |
| Gregory Beck | | You can add frequent flyer number at the airport. | 0377823406646 |

† Passenger name on the reservation must match your government issued photo ID
†† Ticket number is a number assigned by the airline to your e-ticket

## Travel Alert!

Air travel alerts issued by the U.S. Department of Homeland Security and Transport Canada have changed screening procedures at airports in North America and the United Kingdom. If you are traveling in these regions, the changes listed below will affect you.

We always recommend checking the TSA Web site (www.tsa.gov) or Transport Canada Web site (www.tc.gc.ca) for the most up-to-date information about changing security procedures and prohibited items.

**Travel in North America:**

- **The TSA has adjusted its ban on liquids, aerosols, and gels,** so you can now carry the following items on board your flight:

    - **Travel-size toiletries** (3 ounces or less) that fit comfortably in one quart-size, clear plastic zip-top bag.

    - **Beverages** and other items purchased in the secure boarding area.

    At the security checkpoint you will be asked to remove the zip-top bag of liquids and place it in a bin or on the conveyor belt, making it easier for TSA security officers to examine these items.

    Passengers carrying on larger amounts of prescription liquid medications, baby formula, and diabetic glucose treatments will also be required to declare these at the security checkpoint for additional screening.

    This new security policy applies to all domestic and international flights departing from U.S. airports. If your plans include travel originating at a non-U.S. ai rport, be sure to check that airport's security policies and pack accordingly.

- **Schedule changes** may occur. Travelers should check online or call the airlines before heading to the airport.
- Travelers are advised to **travel light.**
- Travelers are advised to arrive at the airport **3 hours ahead of their departure time** due to significant delays caused by new security procedures.

**Travel within and from the United Kingdom:**

- If you are traveling **within the UK, or if you are departing the UK for another international destination, you must check ALL of your belongings.** Wallets, IDs, and necessary medications are exceptions; these essential items must be carried in a plastic bag (clear bags are recommended).
- **Electronic items are not permitted** on board any aircraft. Electronic items include laptops, mobile phones, and iPods.

**Complete your travel plans!**



- Book a Hotel
- Book a Car

**Travel Checklist**   Back to top

- **Printed Itinerary** - As you will not receive a paper ticket, we suggest you print this email to take along with you on your trip.
- **Photo ID** - Every passenger needs a valid government-issued photo ID (such as driver's license or passport.) Name on photo ID must match the passenger name in your reservation.
- **Terminal/gate information** - Check with the airline for updated terminal/gate information the day of your travel. Also please note, you can verify the flight status online.
- **What to expect at the airport** - The airline will issue your boarding pass upon check-in. Some airlines allow you to pre-print your boarding pass with an Online Check-in feature.

**Billing Information** - Pricing in U.S. dollars   Back to top

| | |
|---|---|
| **Total Airline Charges** (includes taxes & fees) | **$259.30** |
| Total Travelocity Fees (see details below) | **$5.00** |
| **Amount charged to xxxx-xxxx-xxxx-0945** | **$264.30** |

**Travelocity fees per ticket include:**
Nonrefundable Service Fee.

**Credit Card Statement Notes**
- Travelocity Fees and airline charges will be shown as separate line items on your credit card statement.
- Your credit card statement may show separate airline charges for each passenger, as listed below:
  - Gregory Beck: $259.30

**Purchased Insurance**   Back to top

**Didn't purchase Travel Protection for your trip? There's still time!**
Safeguard your travel investment with Travel Protection.

**Change or Cancellation Policies**   Back to top

**Change Policies**
- Your ticket is non-refundable.
- If you modify your trip, airlines usually charge a $100 penalty, plus any applicable increase in fare.
- Some tickets do not allow any changes.

**Need to change or cancel your trip?**   Use our online calculator to check the fees and rules before you decide.

**Cancellation Policies**
- Your ticket is non-refundable.
- If you cancel, you will not receive any money back.
- You may be eligible to apply part of your ticket price towards future travel (for a limited time, usually a year).
- Airlines usually deduct $100 before determining the amount that can be applied towards future travel.

**Need to change or cancel your trip?**   Use our online calculator to check the fees and rules before you decide.

**Customer Care**  Back to top

**Online Support:**
Search or browse our FAQs  |  Send us an email

**Phone Support:**
When calling, please reference: Travelocity Trip ID: 6976 7370 6774

**In the US**  888-872-8356 (888-Travelocity)        **Outside the USA** (1)-210-521-5871
**en Espanol**  (7am- 11pm CST) 866-828-3933       **TDD/Hearing Impaired** 800-555-7585


**Everything about your booking will be RIGHT,**
or we'll work with our partners to make it right, right away. Learn more

**...and Don't Forget**

  

**From:** The Travelocity Team <Member@p21.travelocity.com>
**To:** <GBECK@CITIZEN.ORG>
**Date:** 6/1/2007 4:25:41 PM
**Subject:** Travelocity airline confirmation for Syracuse, NY trip

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
THANK YOU FOR USING TRAVELOCITY
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Dear GREGORY,
Thank you for booking your travel through Travelocity!

Your e-tickets ( "http://svc.travelocity.com/info/info_popup/0,,TRAVELOCITY:EN|TF_E_TKT,00.html") are confirmed.  Please refer to the Travel Checklist for helpful before-you-go reminders.

One important friendly reminder:  This is an e-ticket, so no paper ticket will be mailed to you.

Please note:  Seat requests are not guaranteed and may be changed by the airline.


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Travel Alert!
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Air travel alerts issued by the U.S. Department of Homeland Security and Transport Canada have changed screening procedures at airports in North America and the United Kingdom. If you are traveling in these regions, the changes listed below will affect you.
--------------------

We always recommend checking the TSA Web site (www.tsa.gov) or Transport Canada Web site (www.tc.gc.ca) for the most up-to-date information about changing security procedures and prohibited items.
--------------------

Travel in North America:
--------------------

>The TSA has adjusted its ban on liquids, aerosols, and gels, so you can now carry the following items on board your flight:
- Travel-size toiletries (3 ounces or less) that fit comfortably in one quart-size, clear plastic zip-top bag.
- Beverages and other items purchased in the secure boarding area.

At the security checkpoint you will be asked to remove the zip-top bag of liquids and place it in a bin or on the conveyor belt, making it easier for TSA security officers to examine these items.

Passengers carrying on larger amounts of prescription liquid medications, baby formula, and diabetic glucose treatments will also be required to declare these at the security checkpoint for additional screening.

This new security policy applies to all domestic and international flights departing from U.S. airports. If your plans include travel originating at a non-U.S. airport, be sure to check that airport's security policies and pack accordingly.

>Schedule changes may occur. Travelers should check online or call the airlines before heading to the airport.

>Travelers are advised to travel light.

>Travelers are advised to arrive at the airport 3 hours ahead of their departure time due to significant delays caused by new security procedures.

Travel within and from the United Kingdom:
--------------------

>If you are traveling within the UK, or if you are departing the UK for another international destination, you must check ALL of your belongings.  Wallets, IDs, and necessary medications are exceptions; these essential items must be carried in a plastic bag (clear bags are recommended).

>Electronic items are not permitted on board any aircraft.  Electronic items include laptops, mobile phones, and iPods.


***************************************************************
TRIP CONFIRMATION INFORMATION
***************************************************************

> E-tickets are confirmed with the airline.
> Travelocity Trip ID:  7065 6986 7867
> Your phone number for this trip: 202.588.7713
> This trip information is also available in My Stuff(http://travel.travelocity.com/mystuff/MyStuffControllerInit.do?target_page=MyTrips)


***************************************************************
ITINERARY INFORMATION
***************************************************************

Total Travel Time:     1hr 17min

For your boarding pass, use reference code BQBNZM for online or airport check-in.

Flight:           US Airways Flight 3328 Operated by US AIRWAYS EXPRESS-REPUBLIC AIRWAYS( nonstop )

Depart:           Washington DC-Reagan (DCA)
                  Mon, Jun 18 10:05 AM
Arrive:           Syracuse, NY (SYR)
                  Mon, Jun 18 11:22 AM
Requested Seats: 15A, 15C
Special Services:

_____

Total Travel Time:     1hr 21min

For your boarding pass, use reference code BQBNZM for online or airport check-in.

Flight: US Airways Flight 3821 Operated by US AIRWAYS EXPRESS-AIR WISCONSIN( nonstop )

Depart: Syracuse, NY (SYR)
Mon, Jun 18 07:20 PM
Arrive: Washington DC-Reagan (DCA)
Mon, Jun 18 08:41 PM
Requested Seats: 09D, 09F
Special Services:


*************************************************************
PASSENGER INFORMATION
*************************************************************

> Passenger name on the reservation must match your government issued photo ID
> Ticket number is a number assigned by the airline to your e-ticket

GREGORY BECK
Ticket Number: 0377051210318
Frequent Flyer: You can add frequent flyer number at the airport.

BRIAN WOLFMAN
Ticket Number: 0377051210319
Frequent Flyer: You can add frequent flyer number at the airport.

*************************************************************
TRAVEL CHECKLIST
*************************************************************

Printed Itinerary - As you will not receive a paper ticket, we suggest you print this email to take along with you on your trip.

Photo ID - Every passenger needs a valid government-issued photo ID (such as driver's license or passport.) Name on photo ID must match the passenger name in your reservation.

Terminal/gate information - Check with the airline (http://travelocity.custhelp.com/cgi-bin/travelocity.cfg/php/enduser/std_adp.php?p_faqid=87&p_) for updated terminal/gate information the day of your travel. Also please note, you can verify the flight status (http://travel.travelocity.com/flifo/FlifoRequest.do?Service=TRAVELOCITY) online.

What to expect at the airport - The airline will issue your boarding pass upon check-in. Some airlines allow you to pre-print your boarding pass with an Online Check-in (http://leisure.travelocity.com/Promotions/0,,TRAVELOCITY|1741|air_main,00.html) feature.


*************************************************************
BILLING INFORMATION Pricing in U.S. dollars
*************************************************************

Total Airline Charges (includes taxes & fees)  $1,257.60
Total Travelocity Fees (see details below)     $20.00

Amount charged to xxxx-xxxx-xxxx-0945  $1,277.60

Travelocity fees per ticket include:
 Nonrefundable Service Fee.

Credit Card Statement Notes:
 Travelocity Fees and airline charges will be shown as separate line items on your credit card statement.
 Your credit card statement may show separate airline charges for each passenger, as listed below:
     Gregory Beck: $628.80
     Brian Wolfman: $628.80


***************************************************************
PURCHASED INSURANCE
***************************************************************
Didn't purchase Travel Protection for your trip? There's still time!
Safeguard your travel investment with Travel Protection:
https://www.us.aigtravel.com/travelocity/domesticair


***************************************************************
CHANGE OR CANCELLATION POLICIES
***************************************************************

Change Policy
> Your ticket is non-refundable.
> If you change or cancel your reservation, airlines may charge a fee to use your ticket as credit for a new reservation.  The fee varies by airline, but is usually $100 for domestic and $200 for international tickets.
> Some tickets do not allow any changes.

Need to change or cancel your trip?  Use our online calculator (http://travel.travelocity.com/mystuff/MyStuffControllerInit.do?target_page=MyTrips) to check the fees and rules before you decide.

Cancellation Policy
> Your ticket is non-refundable.
> If you cancel, you will not receive any money back.
> You may be eligible to apply part of your ticket price towards future travel (for a limited time, usually a year).
> Airlines usually deduct $100 before determining the amount that can be applied towards future travel.

Need to change or cancel your trip?  Use our online calculator (http://travel.travelocity.com/mystuff/MyStuffControllerInit.do?target_page=MyTrips) to check the fees and rules before you decide.

***************************************************************
CUSTOMER CARE
***************************************************************
Online Support:
Search or browse our FAQs at:
http://svc.travelocity.com/info/info_main/0,,TRAVELOCITY|CUST_FAQ_MENU,00.html
Send us an email at:
http://travelocity.custhelp.com/cgi-bin/travelocity.cfg/php/enduser/cci/travform.php

Phone Support:

In the USA:  1-800-482-2422 en Espanol 7am-11pm:  866-828-3933
Outside the USA:  (1)-210-521-5871 TDD/Hearing Impaired:  800-555-7585

The Travelocity Guarantee:
We guarantee that everything about your reservation will be right, or we'll work with our partners to make it right, right away.  
Learn more at:
http://www.travelocity.com/guarantee

***************************************************************
ADD MORE FEATURES TO YOUR TRIP
***************************************************************

Book a Hotel at
(http://travel.travelocity.com/hotel/HotelAdvancedRequest.do?numRooms=1&airport=SYR&leavingDate=6/18/2007&returningDate=6/18/2007)

Book a Car  at
(http://travel.travelocity.com/car/CarRequest.do?rdoLocPickup=pu_air&rdoChkDropoff=RT&pickupCity=SYR&pickupTime=12&pickupDate=6/18/2007&dropoffDate=6/18/2007&dropoffTime=17)

Book Activities, Shows and Tours (http://www.travelocity.com/activities/?Service=TRAVELOCITY)

_____FAEVNC