UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JAMES L. ALEXANDER, *et al.*,

        Plaintiffs,

v.

THOMAS J. CAHILL, *et al.*,

        Defendants.

Civil Action No. 5:07-cv-00117-FJS-GHL

## DECLARATION OF BRIAN WOLFMAN

I, Brian Wolfman, declare as follows:

1. Since 1990, I have worked as an attorney at Public Citizen Litigation Group (PCLG), a nonprofit public-interest law firm in Washington, DC., and I am currently its director. I am submitting this declaration in support of plaintiffs' motion for attorney's fees and costs.

2. I have reviewed the Declaration of Gregory A. Beck to be submitted with plaintiffs' motion for attorney's fees and costs. All of the statements in paragraph 5 of that Declaration concerning my background and experience are accurate.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Executed on: September 4, 2007

                                                /s/Brian Wolfman
                                                Brian Wolfman