UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JAMES L. ALEXANDER, et al.,

    Plaintiffs,

v.

THOMAS J. CAHILL, et al.,

    Defendants.

Civil Action No. 5:07-cv-00117-FJS-GHL

### CERTIFICATE OF SERVICE

I certify that on September 4, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Gerald J. Rock
N.Y.S. Dept. of Law
The Capitol
Albany, NY 12224

*Counsel for Defendants*

          /s/ Gregory A. Beck
         Gregory A. Beck