# UNITED STATES DISTRICT COURT

**NORTHERN DISTRICT OF NEW YORK**

Alexander, et al.

v.

Cahill, et al.

**BILL OF COSTS**

Case Number: 07-cv-0017

Judgment having been entered in the above entitled action on  7/23/07  against defendants,
*Date*

the Clerk is requested to tax the following as costs:

Fees of the Clerk ................................................................ $ 350-filing fee

Fees for service of summons and subpoena ................................................ _____

Fees of the court reporter for all to any part of the transcript necessarily obtained for use in the case ........ _____

Fees and disbursements for printing ...................................................... _____

Fees for witnesses (itemize on reverse side) ............................................... _____

Fees for exemplifications and copies of papers necessarily obtained for use in the case ................ _____

Docket fees under 28 U.S.C. 1923 ....................................................... _____

Costs as shown on Mandate of Court of Appeals ........................................... _____

Compensation of court-appointed experts ................................................. _____

Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ............ _____

Other costs (please itemize) ............................................................ _____

TOTAL  $ 350

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.
_____

## DECLARATION
_____

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was sent today via ECF to              Gerald Rock                      .

Signature of Attorney: /s/Gregory A. Beck

Name of Attorney: Gregory A. Beck

For: James Alexander, Alexander & Catalano, Public Citizen
*Name of Clarifying Party*

Date: September 4, 2007

Costs are taxed in the amount of _____ and included in the judgment.

_____   By: _____   _____
*Clerk of Court*                  *Deputy Clerk*                     *Date*