UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JAMES L. ALEXANDER, et al.,            )
                                       )
    Plaintiffs,                        )
                                       )
v.                                     )  Civil Action No. 5:07-cv-00117-FJS-GHL
                                       )
THOMAS J. CAHILL, et al.,              )
                                       )
    Defendants.                        )
_____)

## NOTICE OF MOTION FOR FEES AND COSTS

PLEASE TAKE NOTICE that Plaintiffs will move this Court at the Courthouse located at 100 S. Clinton Street, Syracuse, NY 13261, before Judge Frederick J. Scullin, Jr. at 10 a.m. on October 12, 2007, for an order granting plaintiffs' attorneys' fees and costs pursuant to 28 U.S.C. § 1988(b). The grounds for this motion are set forth in the memorandum of law filed on September 4, 2007.

        Respectfully submitted,

        /s/ Gregory A. Beck
        Gregory A. Beck
        N.D.N.Y. Bar Roll No. 514293 (pro hac vice)
        Brian Wolfman
        N.D.N.Y. Bar Roll No. 514292 (pro hac vice)
        PUBLIC CITIZEN LITIGATION GROUP
        1600 20th St., NW
        Washington, DC 20009
        Phone: (202) 588-1000
        Fax: (202) 588-7795
        Email: gbeck@citizen.org
              brian@citizen.org

        *Counsel for Plaintiffs*

Dated:  September 5, 2007