## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF NEW YORK

## ELECTRONIC NOTICE OF CROSS APPEAL

Dear Sir or Madam,

Please take notice that on August 29, 2007 the court received a notice of cross appeal in the action set forth below. This notice serves to inform the Second Circuit of the pending appeal and provide them with the basic information they need to begin processing the appeal. After receipt of this notice, the Second Circuit will prepare and issue a scheduling order which will outline the obligations and responsibilities of the parties with regard to this appeal. Should you have any questions prior to the issuance of a scheduling order, please feel free to contact the District Court Clerk's Office.

Sincerely,

Lawrence K. Baerman
U.S. District Court

s/

By:    Joanne Bleskoski
       Deputy Clerk

### For Court Use Only:

**CASE TITLE**: Alexander, et al v. Cahill, et al

**CASE NUMBER**: 5:07-CV-117 (FJS) (GHL)

**NOTICE OF APPEAL** - Docket # 47

**Document being Appealed:**

    Final Order & Judgement:      Docket # 39 & # 40

**FEE STATUS**:    Paid _X_       Due ___       Waived (IFP/CJA)___

    IFP revoked ___    Application Attached ___    IFP pending before USDJ ___

**COUNSEL**:      CJA ___       RETAINED _X_       PRO SE ___

**TIME STATUS**:    Timely _X_       Out of Time ___

**MOTION FOR EXTENSION OF TIME**:   Granted ___   Denied ___

**CERTIFICATE OF APPEALABILITY**:   Granted ___   Denied ___   N/A ___