Alexander et al v. Cahill et al — Doc. 52
Case 5:07-cv-00117-FJS-GHL   Document 52   Filed 09/21/2007   Page 1 of 1
Case 5:07-cv-00117-FJS-GHL   Document 49   Filed 09/04/2007   Page 1 of 1

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

Alexander, et al.

v.

Cahill, et al.

**BILL OF COSTS**

Case Number: 07-cv-0017

Judgment having been entered in the above entitled action on __7/23/07__ (Date) against __defendants__, the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $350-filing fee |
| Fees for service of summons and subpoena | |
| Fees of the court reporter for all to any part of the transcript necessarily obtained for use in the case | |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on reverse side) | |
| Fees for exemplifications and copies of papers necessarily obtained for use in the case | |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | |
| **TOTAL** | **$ 350** |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was sent today via ECF to __Gerald Rock__.

Signature of Attorney: __/s/Gregory A. Beck__

Name of Attorney: __Gregory A. Beck__

For: __James Alexander, Alexander & Catalano, Public Citizen__ (Name of Clarifying Party)   Date: __September 4, 2007__

Costs are taxed in the amount of __350.00__ and included in the judgment.

__LAWRENCE K. BAERMAN__
Clerk of Court

By: __B. Woodford__
Deputy Clerk

__9/21/07__
Date

Dockets.Justia.com