UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES L. ALEXANDER, et al., | ) |
| Plaintiffs, | ) Civil Action No. 5:07-cv-00117-FJS-GHL |
| v. | ) |
| THOMAS J. CAHILL, et al., | ) |
| Defendants. | ) |

## NOTICE OF FILING

Plaintiffs hereby give notice of filing the attached Declaration of Gregory A. Beck. The declaration was previously attached to plaintiffs' motion for attorneys' fees and costs, but, because of an apparent technical glitch that occurred while converting the document to pdf format, the end of ¶ 5 in the declaration as it appears on ECF is truncated. Plaintiffs therefore attach the complete declaration to this notice.

Respectfully submitted,

  /s/ Gregory A. Beck
Gregory A. Beck
N.D.N.Y. Bar Roll No. 514293 (pro hac vice)
Brian Wolfman
N.D.N.Y. Bar Roll No. 514292 (pro hac vice)
PUBLIC CITIZEN LITIGATION GROUP
1600 20th St., NW
Washington, DC 20009
Phone: (202) 588-1000
Fax: (202) 588-7795
Email: gbeck@citizen.org
           brian@citizen.org

*Counsel for Plaintiffs*

Dated: September 24, 2007

Dockets.Justia.com